# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 07 C 6633

LABELLA WINNETKA, INC. - Plaintiff,
vs.
THE VILLAGE OF WINNETKA and DOUGLAS WILLIAMS       - Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LaBella Winnetka, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Lee T. Hettinger | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ *Lee T. Hettinger* | |
| FIRM <br> Dykema Gossett PLLC | |
| STREET ADDRESS <br> 10 S. Wacker Drive, Suite 2300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 1206397 | TELEPHONE NUMBER <br> (312) 627-2111 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |