IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABELLA WINNETKA, INC., | |
| Plaintiff, | |
| vs. | Case No.:   07 CV 6633 |
| THE VILLAGE OF WINNETKA and DOUGLAS WILLIAMS, | Judge Virginia Kendall<br>Magistrate Judge Cole |
| Defendants. | |

### RULE 26(D) MOTION TO INITIATE AND ACCELERATE DISCOVERY

Plaintiff LaBella Winnetka, Inc. ("LaBella"), by and through its attorneys, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, respectfully moves for entry of an order permitting it to initiate and seek discovery in this case prior to a Rule 26(f) conference and to set an accelerated discovery schedule. In support of this motion, LaBella states as follows:

1. LaBella is a well-known and well-respected Italian restaurant which has operated successfully in Winnetka, Illinois for the past fourteen years.

2. LaBella has been forced to seek relief in this Court by reason of the Village of Winnetka's ("Village") and Douglas Williams ("Williams"), the Village Manager's, selective enforcement of its ordinances, building codes and laws by which they have denied LaBella equal protection and due process of law guaranteed to LaBella by the United States Constitution.

3. As a result of the Village's and Williams' intentional refusal to take appropriate action to address a danger brought to their attention by LaBella, a roofer set the roof above LaBella on fire, resulting in major damage to the roof and damage to the interior of LaBella's restaurant. As a direct and proximate result of the fire and the resulting damage to the roof and the interior of LaBella's restaurant which occurred on February 28, 2007, LaBella was forced to

close its restaurant through no fault of its own.  Thereafter, by and through the selective and discriminatory enforcement of their ordinances, the Village and Williams have effectively and intentionally blocked LaBella's attempts to reopen its space, and the roof above its restaurant has never been repaired.

4. In addition, although LaBella's current lease does not expire until July 31, 2008, the Village and Williams have approved requests by two other restaurants similarly situated to LaBella to occupy and take over part of LaBella's restaurant space in direct contravention of LaBella's rights to the use and quiet enjoyment of its leased premises.

5. This conduct by the Village and Williams has brought LaBella to the brink of extinction and threatens the very livelihood of its owners who have devoted their time, work and energy for the past fourteen years to create a distinguished restaurant with an ambience which is not capable of repetition in any other venue.

6. Because of the imminent threat to LaBella's entire restaurant operation outlined above, and in light of the pecuniary injury already sustained, time is of the essence and LaBella asks this Court to enter an order permitting LaBella to initiate discovery to the defendants and to non-parties before the Rule 26 conference and requiring the parties to proceed with discovery, including their Rule 26(a)(1) disclosures, on an accelerated basis so LaBella will be in a position to request a trial date as soon as this Court's docket permits.

7. Rule 26(d) provides in material part that this Court may enter an order permitting parties to seek discovery before a Rule 26(f) conference, and the circumstances here clearly warrant the granting of such relief to LaBella.

8. The discovery sought on this accelerated basis includes Rule 26(a)(1) initial disclosures, issuance of interrogatories and document requests, service of subpoenas on non-

parties, and depositions of persons with knowledge of the facts and circumstances before and after the fire on February 28, 2007, including the failure and refusal to allow LaBella to reopen its restaurant which has been closed since February 28, 2007. This discovery can be accomplished within the next sixty days.

WHEREFORE, plaintiff LaBella Winnetka, Inc., respectfully asks this Court to enter an order permitting LaBella to seek and initiate discovery before a Rule 26(f) conference, setting an accelerated discovery schedule in this matter, and for such other and further relief as this Court deems appropriate under the circumstances.

Dated:  December 10, 2007    Respectfully submitted,

LABELLA WINNETKA, INC.

By:  /s/ Dean A. Dickie
     One of the Plaintiff's Attorneys

Dean A. Dickie, ARDC No. 0631744
Lee T. Hettinger, ARDC No. 1206397
Sara C. Arroyo, ARDC No. 6288962
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 876-1700

CHICAGO\2402602.2
ID\LTH