**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LABELLA WINNETKA, INC., | |
| Plaintiff, | |
| vs. | Case No.:     07 CV 6633 |
| THE VILLAGE OF WINNETKA and DOUGLAS WILLIAMS, | Judge Virginia Kendall<br>Magistrate Judge Cole |
| Defendants. | |

<u>**NOTICE OF MOTION (CORRECTED)**</u>

TO:    Katherine S. Janega, Esq.
Village Attorney
VILLAGE OF WINNETKA
510 Green Bay Road
Winnetka, IL  60093

PLEASE TAKE NOTICE THAT on Thursday, December 13, 2007 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia Kendall, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, Courtroom 1719, or any judge sitting in her stead, and then and there present **Plaintiff's Rule 26(d) Motion to Initiate and Accelerate Discovery,** a copy of which is attached hereto and herewith served upon you.

Dated:  December 10, 2007            Respectfully submitted,

By:    /s/ Dean A. Dickie
One of the Attorneys for Plaintiff
LaBella Winnetka, Inc.

Dean A. Dickie, ARDC No. 0631744
Lee T. Hettinger, ARDC No. 1206397
Sara C. Arroyo, ARDC No. 6288962
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 876-1700

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that he caused a true and correct copy of the foregoing **NOTICE OF MOTION** and Motion referenced therein to be served, as a courtesy, upon the following individual via telecopy:

> Katherine S. Janega, Esq.
> Village Attorney
> VILLAGE OF WINNETKA
> 510 Green Bay Road
> Winnetka, IL  60093
> Telecopy  847.501-3180

by effectuating said service before the hour of 5:00 p.m. on December 10, 2007.


/s/ Dean A. Dickie
_____
Dean A. Dickie