## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

LABELLA WINNETKA, INC.,

v.

THE VILLAGE OF WINNETKA and
DOUGLAS WILLIAMS.

Case Number: 07 C 6633

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE VILLAGE OF WINNETKA and DOUGLAS WILLIAMS

| | |
|---|---|
| NAME (Type or print)<br>KATHLEEN A. REID | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kathleen A. Reid | |
| FIRM<br>MULHERIN, REHFELDT & VARCHETTO, P. C. | |
| STREET ADDRESS<br>211 S. Wheaton Ave., Suite 200 | |
| CITY/STATE/ZIP<br>Wheaton, IL 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06256570 | TELEPHONE NUMBER<br>(630) 653-9300 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2007, I electronically filed the foregoing Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Dean A. Dickie
**Dykema Gossett, PLLC**
10 South Wacker Drive
Suite 2300
Chicago, IL  60606
(312) 627-2149
Fax: (866) 546-9546
Email:  ddickie@dykema.com

Lee T. Hettinger
**Dykema Gossett, PLLC**
10 South Wacker Drive
Suite 2300
Chicago, IL  60606
(312) 876-1700
Email:  lhettinger@dykema.com

Sara C. Arroyo
**Dykema Gossett, PLLC**
10 South Wacker Drive
Suite 2300
Chicago, IL  60606
(312) 627-5600
Email:  sarroyo@dykema.com

                                                            s/Kathleen A. Reid