IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABELLA WINNETKA, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 07 C 6633 |
| THE VILLAGE OF WINNETKA and | ) |
| DOUGLAS WILLIAMS, | ) Judge Kendall |
| | ) Magistrate Judge Cole |
| Defendants. | ) |

## JURY DEMAND

The undersigned demands a jury trial.

THE VILLAGE OF WINNETKA and
DOUGLAS WILLIAMS,

By:　　s/ Kathleen A. Reid
　　　Kathleen A. Reid, One of their Attorneys

Kathleen A. Reid
**MULHERIN, REHFELDT & VARCHETTO, P.C.**
211 S. Wheaton Avenue
Suite 200
Wheaton, Illinois
(630) 653-9300

## CERTIFICATE OF SERVICE

  I hereby certify that on December 12, 2007, I electronically filed the foregoing Jury Demand with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Dean A. Dickie
**Dykema Gossett, PLLC**
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 627-2149
Fax: (866) 546-9546
Email: ddickie@dykema.com

Lee T. Hettinger
**Dykema Gossett, PLLC**
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Email: lhettinger@dykema.com

Sara C. Arroyo
**Dykema Gossett, PLLC**
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 627-5600
Email: sarroyo@dykema.com

            s/ Kathleen A. Reid