# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Labella Winnetka, Inc.

                     Plaintiff,

v.                                        Case No.: 1:07−cv−06633

                                             Honorable Virginia M. Kendall

Village of Winnetka, The, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 13, 2007:

       MINUTE entry before Judge Virginia M. Kendall : Motion hearing held. Defendant is given until 12/21/07 to answer or otherwise respond to the complaint. If defendant files a responsive motion on 12/21, the Response to that motion will be due by 1/04/08, Reply due by 1/11/08. Case continued to 1/22/2008 at 09:00 AM for Status hearing and determination of motion for expedited discovery [9]. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.