**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **LABELLA WINNETKA, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No. 07 C 6633 |
| **THE VILLAGE OF WINNETKA and** | ) | |
| **DOUGLAS WILLIAMS,** | ) | **Judge Kendall** |
| | ) | **Magistrate Judge Cole** |
| **Defendants.** | ) | |

### DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants The Village of Winnetka and Douglas Williams respectfully move to dismiss with prejudice the Complaint of Plaintiff LaBella Winnetka, Inc. In support of this Motion, Defendants submit a memorandum of law.

WHEREFORE, Defendants respectfully request that the Court grant their Motion and dismiss the Complaint with prejudice.

Date:  December 21, 2007          /s/ James A. Clark
                                  One of the Attorneys for Defendants
                                  The Village of Winnetka and Douglas Williams

Kathleen A. Reid
Mulherin, Rehfeldt & Varchetto, P.C.
211 South Wheaton Avenue
Suite 200
Wheaton, Illinois 60187
Tel:  (630) 653-9300
Fax: (630) 653-9316
KReid@MRVLaw.com

Katherine S. Janega
Village Attorney
Village of Winnetka
510 Green Bay Road
Winnetka, Illinois 60093
Tel.:  (847) 716-3544
Fax:  (847) 501-3180
KJanega@winnetka.org

James A. Clark
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
Tel: (312) 258-5500
Fax: (312) 258-5600
jclark@schiffhardin.com

**CERTIFICATE OF SERVICE**

      I, James A. Clark, an attorney, certify that on December 21, 2007, a copy of the foregoing Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following:

Dean A. Dickie
**Dykema Gossett, PLLC**
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 627-2149
Fax: (866) 546-9546
Email: ddickie@dykema.com

Lee T. Hettinger
**Dykema Gossett, PLLC**
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Email: lhettinger@dykema.com

Sara C. Arroyo
**Dykema Gossett, PLLC**
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 627-5600
Email: sarroyo@dykema.com

                                              /s/ James A. Clark