Winnetka Village Code

# Title 2

## ADMINISTRATION AND PERSONNEL

**Chapters:**

| | |
|------|------|
| 2.04 | VILLAGE COUNCIL |
| 2.08 | VILLAGE PRESIDENT |
| 2.12 | VILLAGE MANAGER |
| 2.16 | VILLAGE CLERK |
| 2.20 | VILLAGE TREASURER |
| 2.24 | VILLAGE COLLECTOR |
| 2.28 | VILLAGE ATTORNEY |
| 2.32 | VILLAGE PROSECUTOR |
| 2.36 | BUDGET OFFICER |
| 2.40 | ETHICS |
| 2.44 | COMMUNITY DEVELOPMENT DEPARTMENT |
| 2.48 | FINANCE DEPARTMENT |
| 2.52 | FIRE DEPARTMENT |
| 2.56 | HEALTH DEPARTMENT |
| 2.60 | POLICE DEPARTMENT |
| 2.64 | DEPARTMENT OF PUBLIC WORKS |
| 2.68 | WATER AND ELECTRIC DEPARTMENT |

Winnetka Village Code

# Chapter 2.04

# VILLAGE COUNCIL

**Sections:**

2.04.010        **Village Council.**
2.04.020        **Meetings.**
2.04.030        **Committees.**
2.04.040        **Passage of ordinances.**
2.04.050        **Council rules.**

### Section 2.04.010     Village Council.

A.   Membership; Election; Term. The Village Council shall consist of the Village President and six Trustees. The terms of office of the Village President and the Trustees shall be two years and until their successors are elected and have qualified. The Village President and three Trustees shall be elected at the consolidated election held in each odd-numbered year, as provided in the Illinois Election Code. The other three Trustees shall be elected at the general primary election held in each even-numbered year, as provided in the Illinois Election Code.

B.   Powers and Duties. The Village Council shall be the legislative body of the Village and shall have such powers and duties as provided in the Charter, statutes, this code, and other ordinances of the Village.

C.   Oath of Office; Compensation. The Village President and Trustees shall take the oath of office prescribed by statute before entering upon the duties of their respective offices. The Village President and Trustees shall serve without compensation. (Ord. MC-183-97 § 12, 1997: prior code § 2.01)

### Section 2.04.020        Meetings.

A.   Time and Day of Meetings. The Council shall hold its regular meetings on the first and third Tuesday of each month at seven-thirty p.m., or as otherwise set forth in the annual meetings notice posted pursuant to the Illinois Open Meetings Act.  In the event the regular meeting date falls on a legal holiday, or cannot be held on the date regularly scheduled for any other reason, including a general election, the meeting shall be held on such other day as the Council may designate; provided, that notice of such designation shall comply with the notice requirements of the Illinois Open Meetings Act.

B.   Place of Meetings. Except in the case of an emergency, or as hereinafter provided, all meetings of the Council shall be held at the Village Hall. If the physical facilities of the Village Hall shall appear to the Council to be inadequate to accommodate the number of persons desiring to be present at any meeting, the Council may, in its discretion, upon resolution adopted at such meeting after the convening of such meeting, move the meeting to some other hall or place within the Village having adequate capacity, and continue the meeting at such other place. If the location of a Council meeting is changed, the Village Clerk shall post at the Village Hall, or other place from which the meeting has been moved, a notice of the location at which the meeting is being or will be held.

C.   Special Meetings. The President, or any two of the Trustees, may call special meetings of the Council. The Clerk shall notify all members of the Council of such meeting at least forty-eight (48) hours

before the special meeting is held, by delivering to each member of the Council, either personally or by leaving a copy at the member's residence, a written notice stating the time and place of the meeting.

D.   Open Meetings. All meetings of the Village Council shall be conducted in accordance with the Illinois Open Meetings Act. (Ord. MC-183-97 § 13, 1997: prior code § 2.02)

E.   Attendance.  It is the policy of the Village of Winnetka that the members of the Council attend meetings of the Council in person, notwithstanding any statutes of the State of Illinois permitting remote attendance by some means other than physical presence at the location of the meeting.
(MC-8-2007, Amended, 06/05/2007, Subsection E added; MC-7-2007, Amended, 05/15/2007; MC-1-2001, Amended, 01/16/2001)


**Section 2.04.030    Committees.**

The members of Council committees shall be appointed by the Village President with the consent of the Trustees and shall submit reports at such times and in such manner as may be directed by the Village President. All meetings of Council committees shall be conducted in accordance with the Illinois Open Meetings Act.  It is the policy of the Village of Winnetka that the members of all Council committees and subcommittees shall attend meetings of their respective bodies in person, notwithstanding any statutes of the State of Illinois permitting remote attendance by some means other than physical presence at the location of the meeting.  No Council committee or subcommittee shall be authorized to establish rules permitting any of their members to attend meetings by any means other than by their physical presence.
(MC-8-2007, Amended, 06/05/2007)


**Section 2.04.040    Passage of ordinances.**

A.   Introduction. All proposed ordinances shall first be read and presented to the Council and a motion shall be made to introduce the ordinance.

B.   Initial Posting. Upon introduction of any ordinance, the Village Clerk shall make a copy of the proposed ordinance available for inspection in his or her office and shall post a copy of the proposed ordinance in three of the most public places in the Village, which are designated as the following:  (1) the Village bulletin board on the first floor of Winnetka Village Hall; (2) inside the Winnetka Public Library at 768 Oak Street; and (3) in or adjacent to the Post Office parking lots located on the west side of Chestnut Street, between Elm Street and Oak Street,  The proposed ordinance shall be so posted not less than five days prior to the next regular meeting of the Council.

C.   Passage, Approval and Posting. A proposed ordinance, after it has been introduced and posted as provided in this section, may be called up for passage at any subsequent meeting of the Council, when the statutory vote necessary for passage shall be taken. After the ordinance has been approved and signed by the Village President and countersigned by the Village Clerk, the Village Clerk shall post a copy of such ordinance in each of the three places designated in subsection B of this section not later than five days after passage.

D.   Waiver of Introduction and Initial Posting. The Council may waive or suspend the procedures set forth in subsections A and B of this section when the members of the Council then present have unanimously determined, by motion, that an emergency exists or that cause has been presented to establish that the procedures do not in that instance serve the best interests of the Village. (Ord. MC-183-97 § 16, 1997: prior code § 2.05; Ord. MC-09-2004 § 2, 2004)

Winnetka Village Code

**Section 2.04.050        Council rules.**

A.   Order of Business. The order of business to be observed at all meetings of the Council shall be as determined by the Council from time to time.

B.   Quorum. A majority of the members of the Council shall constitute a quorum.

C.   Majority Rule. Except when a greater vote is required by statute, Charter or this code, the action of the Council shall be controlled by a majority vote of the members present. The President shall vote in case of a tie vote of the Trustees present and may vote in such other instances as may be authorized by statute.

D.   Voting. Every Trustee who is present when a question is stated from the chair shall vote on such question unless excused by the Council.

E.   Reconsideration of Vote. No vote of the Council may be reconsidered or the action of the Council rescinded at a special meeting unless at least as many Trustees are present as were present when such vote or action was taken.

F.   Resolutions. Any resolution or amendment of such resolution requiring a roll call vote shall be reduced to writing before being presented for consideration. Any other resolution or amendment of such resolution shall, upon the request of any member of the Council, be reduced to writing before being presented for consideration.

G.   Rules of Order. The Village President shall decide all questions of order, and shall be guided in such decisions by parliamentary law, as prescribed by Roberts' Rules of Order, as revised. (Ord. MC-183-97 § 19, 1997: prior code § 2.06)

# Chapter 2.12

# VILLAGE MANAGER

**Sections:**

2.12.010    **Office Created; Appointment; Terms and Conditions of Appointment.**
2.12.020    **Absence of Village Manager.**
2.12.030    **Bond.**
2.12.040    **Compensation.**
2.12.050    **Powers and Duties.**

**Section 2.12.010    Office Created; Appointment; Terms and Conditions of Appointment.**

A.  Office Created.  There is hereby created the office of Village Manager, who shall be the chief administrative officer of the Village, and shall be responsible to the Council for the management and operation of all departments of the Village, unless the management and operation of any departments are expressly delegated elsewhere by statute or ordinance.

B.  Appointment.  The Village Manager shall be appointed by the President by and with the approval of the Trustees, and may be removed by the affirmative vote of a majority of the Council.

C.  Terms and conditions of appointment. The Manager need not be a resident of the Village when appointed, but shall become a resident of the Village within one hundred twenty (120) days after being appointed.  The conditions of the Manager's appointment may be set forth in an agreement.
(MC-6-2006, Amended, 08/15/2006)


**Section 2.12.020    Absence of Village Manager.**

A.  Acting Village Manager.
    1.  Designation by Village Manager.  In the event that the Village Manager is to be absent from the Village for thirty calendar days or less, he shall appoint a qualified administrative officer of the Village to serve as acting Village Manager; provided that the Village Manager shall notify the Village Council of such designation before it shall become effective.
    2.  Designation by Village Council.  The Village Council shall retain the discretion and authority to designate a qualified administrative officer of the Village to serve as acting Village Manager in the case of the disability of the Village Manager, or if the Village Manager is to be absent from the Village for more than thirty days.  The Village Council shall notify the Village Manager and all administrative officers of the Village of such designation.
B.  Powers and Duties of Acting Manager.  The acting Village Manager shall perform all the duties and exercise all the powers of the Village Manager.
(MC-6-2006, Added, 08/15/2006)


**Section 2.12.030    Bond.**
Before entering upon the duties of the office of Village Manager, the Village Manager shall execute and file with the Village Treasurer a bond with security to be approved by the Council. The bond shall be payable to the Village in the penal sum directed by resolution of the Council, and shall be conditioned upon the faithful performance of the duties of the office of Village Manager, according to law and the ordinances of the Village. The premiums of such bond shall be paid by the Village.
(MC-6-2006, Amended, 08/15/2006)

**Section 2.12.040        Compensation.**

The compensation of the Village Manager shall be determined by the Council.

(MC-6-2006, Amended, 08/15/2006)


**Section 2.12.050        Powers and Duties.**

The Village Manager shall have the powers and duties set forth in this chapter, and such other powers and duties as may be prescribed by statute or by ordinance or resolution of the Council. The powers and duties of the Manager shall include the following:

   A.   Appointment of Directors of Departments. To appoint and remove from office all directors of departments whose appointment is not otherwise provided for, and, subject to the approval of the Council, to fix the salaries and wages of all such department directors, except as otherwise provided by ordinance. At the next meeting of the Council following the removal of any department director, the Village Manager shall submit a statement to the Council advising that the removal has been made and stating the reasons for the removal.

   B.   Administration of Departments and Employees. To exercise control over all departments and divisions of Village departments, including the employment, discharge and compensation of all administrative officers and employees, except that the employment and discharge of sworn members of the Police and Fire Departments shall be in the manner provided by the rules of the Board of Fire and Police Commissioners, pursuant to Chapter 3.16 of this code and applicable statutes.

   C.   Issuance and Administration of Licenses and Permits. To issue and administer all licenses and permits except those issued directly by the Council and those under the exclusive authority of other officers of the Village as provided in this code.

   D.   Accounting; Purchasing. To supervise and be responsible for the financial activities of the Village and for the purchase of all necessary materials and services required for the operation of the Village government, subject to the limitations imposed by the annual budget and any revisions to such budget. The Village Manager shall develop a purchasing policy consistent with the requirements of applicable state law and Chapter 4.12 of this code.

   E.   Approval of Warrants. To review and approve all warrants in payment of claims against the Village prior to submitting them to the Council for approval. All warrants submitted to the Council shall be accompanied by a voucher bearing the signature of the Village Manager, which signature shall constitute the Manager's certification that the claims are legally due and payable and have been properly authorized.

   F.   Reports. To present to the Council, from time to time, reports regarding the work of each Village department, and any other matters requested by the Council.

   G.   Monthly Financial Reports. To prepare and present to the Council each month a statement showing the financial condition of the Village as of the end of the preceding month, including a statement of current assets and liabilities and a summarized statement of income and expenditures, detailed as to funds and departments.

   H.   Proposed Budget. To appoint the Budget Officer and to present to the Council for its consideration on or before the first regular meeting in February of each year, the proposed budget prepared by the Budget Officer for the following fiscal year.

   I.   Council Meetings; Attendance; Participation. To attend all meetings of the Council, to attend meetings of committees of the Council when requested by the Council, and to provide additional reports and information to the Council as required by the Council. The Village Manager shall be entitled to take part in all discussions at any meeting of the Council, but shall not have the right to vote.

   J.   Recommendations to Council. To recommend to the Council for adoption or approval such measures as the Manager may deem necessary or expedient.

   K.   Other Duties. To perform such other duties as may be prescribed by statute or by ordinance or resolution of the Council. (Ord. MC-228-99 § 1 (part), 1999: prior code § 3.02)

(MC-6-2006, Amended, 08/15/2006)

Winnetka Village Code

# Title 15

## BUILDINGS AND CONSTRUCTION

**Chapters:**

| | |
|---|---|
| 15.04 | GENERAL PROVISIONS |
| 15.08 | MODEL CODES ADOPTED BY REFERENCE |
| 15.12 | Repealed by MC-3-2005 |
| 15.16 | FIRE PREVENTION AND LIFE SAFETY CODES |
| 15.20 | Repealed by MC-3-2005 |
| 15.24 | SEWER CODE |
| 15.28 | TREE PRESERVATION CODE |
| 15.32 | CONSTRUCTION PERMITS |
| 15.36 | CERTIFICATES OF OCCUPANCY |
| 15.40 | CERTIFICATES OF APPROPRIATENESS OF DESIGN |
| 15.44 | SUPPLEMENTARY STANDARDS AND REQUIREMENTS |
| 15.48 | UNSAFE STRUCTURES AND EQUIPMENT |
| 15.52 | DEMOLITION PERMITS |
| 15.56 | PRIVATE SWIMMING POOLS AND TRAMPOLINES |
| 15.60 | SIGNS* |
| 15.64 | LANDMARK PRESERVATION |
| 15.68 | FLOOD HAZARD PROTECTION REGULATIONS |
| 15.72 | APPEALS |

Winnetka Village Code

# Chapter 15.04

## GENERAL PROVISIONS

**Sections:**

15.04.010        **Winnetka Building Code.**
15.04.020        **Scope.**
15.04.030        **Intent.**
15.04.040        **Rules of construction.**
15.04.050        **Definitions.**
15.04.060        **Compliance with regulations.**
15.04.070        **Right to enter premises.**
15.04.080        **Enforcement procedures for violations.**
15.04.090        **Notice of Violation.**
15.04.100        **Stop Work Orders.**
15.04.110        **Penalties; Fines.**

**Section 15.04.010        Winnetka Building Code**.

This Title 15 of the Winnetka Village Code shall be known, cited and referred to as the Winnetka Building Code. (Prior code § 23.01)

(MC-3-2005, Amended, 06/21/2005)

**Section 15.04.020        Scope**.

This title establishes the minimum requirements for construction activities in the Village, and for all other matters affecting or relating to buildings, structures and site work, including but not limited to electrical equipment, engineering, fire prevention and building safety, plumbing, drainage and sanitation systems, heating, ventilation and air conditioning systems, and compliance with the tree preservation, occupancy and zoning requirements as provided in this code. (Prior code § 23.02)

(MC-3-2005, Amended, 06/21/2005)

**Section 15.04.030        Intent**.

This title is intended to ensure public safety, health and welfare insofar as they are affected by the design, construction, alteration, addition, repair, removal, demolition, location, occupancy and maintenance of all buildings, structures and property within the Village. (Prior code § 23.03)(MC-3-2005, Amended, 06/21/2005)

**Section 15.04.040        Rules of construction**.

A.  In the event any provision of this title is in conflict with any provision of any model code adopted and incorporated by reference in this Building Code, or with applicable statutes, the provision imposing the stricter regulation, as determined by the Director, shall prevail unless otherwise provided by law.

B.  Words used in the singular shall include the plural and words used in the plural shall include the singular. (Prior code § 23.04)(MC-3-2005, Amended, 06/21/2005)

**Section 15.04.050          Definitions**.

A.  Terms Defined in Other Ordinances and Codes. Terms used in this title Building Code, but not otherwise defined, shall have the meanings ascribed to them in the Zoning Ordinance, this code or the codes adopted by reference in Sections 15.08.010, 15.12.010 and 15.20.010.

B.  Definitions. For purposes of this title, certain words are defined, as follows:

"Building Officer" means any officer or employee of the Village responsible for administering or enforcing any provision of this title or any provision of this code that is administered pursuant to this title. The term "Building Officer" includes: the Director of Public Works; the Fire Chief; the Director of Community Development; the Health Officer; the Plan Examiner; and the building, electrical, code enforcement, engineering, fire prevention, forestry, mechanical, plumbing, water and electric, and zoning inspectors. The term "Building Officer" also includes such other professional service providers as may be engaged by the Village and such other person as may be assigned or directed by the Director or the Village Manager to perform any of the functions of a Building Officer.

"Construction activity" means any activity or activities related to the construction, alteration, addition, repair, removal, demolition, occupancy or maintenance of a structure or building, or any part, including but not limited to site work, excavation, underpinning, raising, lowering, remodeling, renovation, rehabilitation, or site restoration. Unless otherwise specified, "construction activity" includes ordinary repairs. In addition, "Construction activity" includes the following: (1) any activity or activities involving the alteration of the elevation or grade of any property for any purpose, including but not limited to, grading for stormwater drainage, landscaping and the placement of berms; (2) all plumbing work;  (3) all electrical work; (4) the delivery, servicing or removal of construction equipment and supplies, including but not limited to, brick, lumber, construction trailers and portable toilets; and (5) the exterior use of any machinery or equipment in the cleaning, servicing or maintenance of a construction site or any temporary facilities or temporary structures on a construction site.

"Construction documents" means documents, drawings and calculations that are certified under the professional seal of the appropriate Illinois registered design or engineering professional and are submitted with applications for permits required by this title, in order to describe the scope of the work proposed in the application and to establish that the work complies with this code. "Construction documents" and technical submissions include, but are not limited to: property, tree and topographic surveys; proposed site plan; floor plans; framing plans; exterior elevations; building and wall sections; mechanical, plumbing, and electrical and fire sprinkler and protection systems, specifications, diagrams and details; reflected ceiling plan; structural calculations; building size and lot coverage calculations; and such other documents as the Director may determine are necessary to establish that the work proposed complies with this code and any rules and regulations issued pursuant to this code.

Construction Documents, Approved. "Approved construction documents" means the construction documents and technical submittals, which describe the work authorized by the permit and which have been stamped "Approved/Approved as Noted" by each required Building Officer.

"Department" means the Community Development Department established in Section 2.44.010 of this code.

"Director" means the Director of Community Development established in Section 2.44.010 of this code.

Winnetka Village Code

"Electrical equipment" means materials, fittings, devices, appliances, fixtures, apparatus and the like used as part of or in connection with any electrical installation, including fire alarm systems and the source connection of security alarm systems. For purposes of this title, ordinary household appliances that are not required to be permanently connected to a power source, and apparatus, conductors and other equipment installed for or by a public utility, including a common carrier, for the purpose of providing public utility service, if such utility is under the jurisdiction of a state or federal regulatory agency or the Village, shall not be considered electrical equipment.

"Electrical inspector" means a person who is certified as an electrical inspector and who is employed by the Village to serve as the Building Officer who is responsible, under the supervision of the Director, for the review of applications for permits and construction documents relating to electrical work, and for conducting inspections necessary to insure that all electrical work is performed and completed in full compliance with the provisions of this code.

"Electrical work" means all work involving the installation, repair or alteration of electrical equipment or electrical systems.

"External architectural features" means the architectural style and general arrangement of the exterior of a building or structure and the style, nature and arrangement of associated site improvements, such as landscaping, screening materials, lighting and site circulation patterns, as are designed to open to view from a courtyard open to the public or a public street, place or way. "External architectural features" include: the kind and characteristics of windows, doors, lighting components and other appurtenant features; the color of the exterior of a building or structure, or associated site improvements; and the size and species of all planting materials.

"Minor Construction Activity" means construction activity that is performed by a property owner without the services of a contractor and that does not require a permit from the Village of Winnetka.

"Ordinary repairs" means work on or repairs made to any part of an existing structure for the purpose of the structure's maintenance, provided, the work or repair does not affect or involve any structural element or any of the following: (1) the cutting away of any wall, partition or portion of wall; (2) changing the use or occupancy classification of the structure; (3) the fire hazard of the structure; (4) the reshingling or recovering of any roof; (5) electrical work; (6) plumbing work; (7) the installation or alteration of any means of egress or of any mechanical systems, including but not limited to heating, cooling and ventilation.

"Owner" means the person who holds legal or equitable title to a parcel of property. For purposes of this title, except as otherwise provided, the term "owner" includes all licensed or registered professionals or contractors authorized by the owner to act on the owner's behalf in applying for permits or performing construction activities pursuant to the provisions of this title.

"Permit work" means the work that is authorized by any permit issued pursuant to this title, including work described and detailed on the approved construction documents.

"Plumbing inspector" means a person licensed as a plumber by the state of Illinois, who is employed by the Village to serve as the Building Officer who is responsible, under the supervision of the Director, for the review of applications for permits and construction documents relating to plumbing work and for conducting all inspections necessary to insure that plumbing work is performed and completed in full compliance with this code.

"Plumbing work" means all work involving the installation, repair or alteration of any plumbing fixture, including but not limited to any standpipe, water supply, sewer, drain, drain leader, gas, soil, water, vent or similar fixture, and any piping related to such fixture.

"Primary structure" means the structure in which the principal use of a parcel of property is conducted.
(Ord. MC-193-97 § 2, 1997; Ord. MC-192-97 §§ 9--11, 1997: prior code § 23.05)(MC-15-2003, Amended, 10/07/2003, Definitions of construction activity and ordinary repairs amended; MC-10-2002, Amended, 11/19/2002)(MC-3-2005, Amended, 06/21/2005, Construction Documents, Approved ; MC-15-2003, Amended, 10/07/2003, Definitions of construction activity and ordinary repairs amended; MC-10-2002, Amended, 11/19/2002)

## Section 15.04.060        Compliance with regulations.

It is a violation of this code for any person to engage in any construction activities in violation of any provisions of this code, this title or any applicable rules and regulations adopted pursuant to this code, or to change the use or occupancy of any building, structure or portion of such building or structure, unless the building, structure or portion is in full compliance with the provisions of this code and is approved for such use or occupancy. (Prior code § 23.06)(MC-3-2005, Amended, 06/21/2005)

## Section 15.04.070        Right to enter premises.

Building Officers are empowered, during reasonable hours, to lawfully enter upon any premises or into any structure or addition for which a permit has been issued but which has not received a final certificate of use or occupancy or when necessary to do so in the performance of any duty imposed upon them by this code. If entry is refused or not obtained, a Building Officer is authorized to pursue remedies as provided by law or this code. (Prior code § 23.07)

## Section 15.04.080        Enforcement procedures for violations.

A.  Authority of Building Officers.  Any Building Officer is authorized to exercise the police power of the Village in such manner and to such extent as the Building Officer determines the character of the violation and the interests of public health, safety and welfare may demand in order to secure compliance with the provisions of this title.

B.  Types of Enforcement Actions.  Enforcement actions shall include, but not be limited to, the issuance of a stop work order, permit revocation, prosecution for violations, the bringing of a civil action to recover any penalty or fine, or the institution of the appropriate action at law or in equity to restrain, correct or abate such violation or to require the removal of the unlawful use or act.

C.  Initiating Enforcement Procedures.   Enforcement proceedings shall be initiated as provided in this subsection, by the issuance of notice of violation or stop work order, or by the initiation of a civil action.

1.  Issuance of Notice of Violation or Stop Work Order.  A notice of violation or stop work order shall be issued to the property owner or to any person who is in charge of the work site or otherwise responsible for the work.  All notices of violation and stop work orders shall be issued as provided in sections 15.04.090 and 15.04.100 of this code.

2.  Civil Action to Recover Fines or Penalties.  The Village Attorney or, at the direction of the Village Manager, the Village Prosecutor, may file a civil action to recover any fine or other penalty  against any such person; provided, however, that the filing of such civil action shall preclude incarceration or imprisonment.

D.  Nuisance Violations.    If any violation of this chapter also constitutes a public nuisance under chapter 9.16 of this Code, the Village may seek any or all of the remedies provided in said chapter 9.16 for such nuisance, and such remedies shall be in addition to the remedies provided in this chapter.

(Ord. MC-13-2004 § 4, 2004, subsection D amended)

E.  Wilful Violation. Any person who is found by a court of competent jurisdiction to have wilfully violated any of the provisions of this title, or of any other provision of this code in the course of performing any work that is subject to the provisions of this title, shall, in addition to any other penalty imposed pursuant to this code, be ineligible for a period of five years from the date of the violation to apply for a permit, to be issued a permit, or to perform any work in connection with or relevant to a permit issued or applied for, pursuant to the provisions of this title. For purposes of this section, a violation shall be deemed wilful if work continues in violation of a stop work order, if the violations cited in an oral or written notice of violation are not promptly corrected or if more than two notices of violation are issued for the same work site within any thirty (30) day period.

(MC-3-2005, Amended, 06/21/2005; MC-13-2004, Amended, 12/07/2004)


**Section 15.04.090        Notice of Violation**.

A.  Oral Notice.  If the notice of violation is given orally, it shall be followed by a written notice, as provided in the following subsection C.

B.  Written Notice.  The written notice of violation shall specify the violation and direct the discontinuance of the illegal action or condition and the abatement of the violation. The issuance of a written stop work order shall constitute the giving of written notice of a violation.  If steps are immediately taken to discontinue the illegal action or condition and to correct the violation so as to comply with the provisions of this code, then the violation shall not be deemed a wilful violation of this code and shall not be subject to any penalty provided in this code.

C.  Exceptions to Notice Requirement.  Prior written notice of a violation shall not be required for the initiation of enforcement actions under this section if the violation creates any emergency or unsafe condition, if the violation is the resumption of an activity that was the subject of a written notice of violation issued within the previous thirty (30) days, or if the Building Officer determines that the violation is part of a pattern of behavior at the site which discloses a disregard for the requirements of this code.

(MC-3-2005, Added, 06/21/2005)


**Section 15.04.100        Stop Work Orders**.

A.  Stop Work Orders. In case work is being done in violation of, or contrary to, the provisions of the code, or if in the opinion of the Director, Director of Public Works or Fire Chief, any work is being performed in an unsafe or dangerous manner, the Director, Director of Public Works, Fire Chief, Village Manager, or other person designated in writing by the Village Manager, is authorized to order such work to be stopped immediately.

B.  Form of Stop Work Order.  A stop work order may be issued orally or in writing.  An oral stop work order to the owner or to the person doing the work shall be followed by a written stop work order signed by the Director by the close of the next business day.

C.  Effect and Duration of Stop Work Order.  On receipt of an oral or written stop work order, all construction activities shall cease immediately, and it shall be unlawful to continue or

Winnetka Village Code

resume any construction activities on the property, except such work as may be necessary to prevent damage to persons or property, until the Director has determined that all conditions set forth in the stop work order have been met and all required fees have been paid.  In addition, all stop work orders shall be subject to the terms and conditions of the stop work order policy set forth in subsection D of this section.

D.  Stop Work Order Policy

1.  1st Stop Work Order.    All work must cease until the violation has been cured and the applicable stop work order fee in the amount set by resolution of the Village Council has been paid in full.  For stop work orders issued for construction activity outside of the hours permitted under section 15.32.140 of this code, the Director of Community Development, in the reasonable exercise of his discretion, may permit work to resume during permitted times, provided the stop work order fee is paid within seven (7) days of the violation.

2.  2nd Stop Work Order.    Upon the issuance of a second stop work order at the site of construction activity, a two (2) business days stop work order shall be issued.  Work may resume at the permitted hour on the third business day if the violation has been cured and the applicable stop work order fee in the amount set by resolution of the Village Council has been paid in full.

3.  3rd Stop Work Order.    Upon the issuance of a third stop work order at the site of construction activity, a three (3) business-day stop work order shall be issued, and citations to appear in the Circuit Court of Cook County shall be issued to the general contractor or owner/developer and to any offending sub-contractors.  Work may resume at the permitted hour on the fourth business day if the violation has been cured and the applicable stop work order fee in the amount set by resolution of the Village Council has been paid in full.

4.  4th Stop Work Order.    In addition to the revocation of permits as provided in the following paragraph 5, upon the issuance of a fourth Stop Work Order for any site, citations will be issued to appear in the Circuit Court of Cook County.

5.  Permit Revocation.  All permits will be revoked and fees and deposits forfeited upon the occurrence of either of the following:

a.  if three (3) Stop Work Orders have been issued at the site in any 30 day period; or

b.  if a total of four (4) Stop Work Orders have been issued at any one site in the course of the project.

(MC-3-2005, Added, 06/21/2005)


**Section 15.04.110    Penalties; Fines**.

A.  Fines for Violations.  Except as provided in subsection B of this section, any person who violates any provision of this title shall be subject to a fine of not less than one hundred dollars ($100.00) nor more than seven hundred fifty dollars ($750.00) for each violation, plus the cost of prosecution.

B.  Pre-Court Payment. Except as provided in this paragraph, any person charged with any violation of this title may pay directly to the Village, at the Village Hall, the minimum fine applicable to each offense charged, as established in subsection A of this section, subject to the following conditions:

1.  No pre-court such payment shall be made less than five days before the date of a court hearing set for such violation.

Winnetka Village Code

    2.   A receipt shall be issued for any pre-court payment.

    3.   Any violation for which the fine or penalty is paid in full by pre-court payment as provided in this subsection B shall not be subject to further prosecution.

    4.   No pre-court payments will be accepted less than five days before the scheduled court hearing date.

    5.   If more than two violations are issued for the same work site in any thirty (30) day period, only the first two such violations may be subject to a pre-court payment pursuant to this paragraph.

    C.   Separate Offenses. Each act of violation and each day upon which a violation occurs shall constitute a separate offense. (Ord. MC-192-97 § 12, 1997; prior code § 23.08)(MC-3-2005, Added, 06/21/2005)

# Chapter 15.08

## MODEL CODES ADOPTED BY REFERENCE

**Sections:**

| | |
|---|---|
| 15.08.010 | Adoption of Model Codes by Reference. |
| 15.08.020 | Amendments to the International Building Code, 2003 Edition. |
| 15.08.030 | Amendments to the International Residential Code for One- and Two-Family Dwellings, 2003 Edition |
| 15.08.040 | Amendments to the International Mechanical Code, 2003 Edition. |
| 15.08.050 | Amendments to the International Fuel Gas Code |
| 15.08.060 | Amendments to the State of Illinois Plumbing Code, 2004 Edition |
| 15.08.070 | Amendments to the National Electric Code, 2002 Edition |

**Section 15.08.010    Adoption of Model Codes by Reference.**

The model codes described in the following subsections A through G are each adopted by reference pursuant to the home rule authority of the Village of Winnetka under Article VII, Section 6 of the State of Illinois Constitution of 1970, and further pursuant to applicable provisions of the Illinois Municipal Code and the Municipal Adoption of Codes and Records Act, 50 ILCS 220/1 through 220/7, except as modified by the exclusions, amendments and additional provisions set forth in this chapter.

A.  International Building Code, 2003 Edition.

B.  International Residential Code for One- and Two-Family Dwellings, 2003 Edition.

C.  International Mechanical Code, 2003 Edition.

D.  International Fuel Gas Code, 2003 Edition.

E.  State of Illinois Plumbing Code, 2004 Edition, as promulgated by the Illinois Department of Public Health and published in Title 77 of the Illinois Administrative Code, Chapter I, Subchapter R, Part 890,

F.  National Electrical Code, 2002 Edition.

G.  International Fire Code, 2003 Edition.  (See Chapter 15.16)

(MC-3-2005, Amended, 06/21/2005; MC-13-2004, Amended, 12/07/2004)

**Section 15.08.020    Amendments to the International Building Code, 2003 Edition.**

A.  **Exclusions.** The following provisions of the International Building Code, 2003 Edition, are excluded from adoption by the Village.  Where a range of sections is listed, the exclusion includes all sections and subsections within the specified range.

1.  **101.4.5 Property maintenance.**

2.  **105.1.1 Annual permit.**

3.  **105.1.2 Annual permit records.**

4.  **105.5**    **Expiration.**  (Superseded by Section 15.32.190 of the Village Code.)

5. **105.7** **Placement of permit.** (Superseded by Section 15.32.180 of the Village Code.)

6. **105.8** **Surety Bond Requirement.** (Superseded by Section 15.32.060 of the Village Code.)

7. **106.2** **Site plan.** (Superseded by section 15.32.050 of the Village Code.)

8. **106.3.1 Approval of construction documents.** (Superseded by Sections 15.32.090 and 15.32.100 of the Village Code.)

9. **108.2** **Schedule of permit fees.** (Superseded by Section 15.32.020 of the Village Code.)

10. **108.4** **Work commencing before permit issuance.** (Superseded by Section 15.32.010 of the Village Code.)

11. **108.6** **Refunds.** (Superseded by Section 15.32.030 of the Village Code.)

12. **109.3.10** **Final inspection.** (Superseded by Section 15.32.160 of the Village Code.)

13. **110.3** **Temporary occupancy.** (Superseded by Section 15.36.010 of the Village Code.)

14. **907.2.1 through 907.2.9** **Use groups.**

15. **1805.4.5** **Timber footings.**

16. **1805.4.6** **Wood foundations.**

B. **Amendments.** The following provisions of the International Building Code, 2003 Edition, are amended for adoption by the Village:

1. **101.1** **Title.** These regulations shall be part of the Building Code of the Village of Winnetka. As used in the International Building Code, 2003 Edition, as adopted and amended by the Village, "this code" shall mean the Building Code of the Village of Winnetka. As used in the ordinances and codes published by the Village, the term "this code" shall mean the Winnetka Village Code, and the Building Code the Village of Winnetka shall be called the "Building Code."

2. **101.4.1 Electrical:** The provisions of the National Electrical Code, 2002 Edition, as adopted by reference as provided in this chapter Section 15.08, shall apply to the installation of electrical systems, including alterations, repairs, replacement, equipment, appliances, fixtures, fittings and appurtenances thereto.

3. **101.4.4 Plumbing.** The provisions of the State of Illinois Plumbing Code, 2004 Edition, as adopted by reference as provided in this chapter Section 15.08, shall apply to the installation, alteration, repair and replacement of plumbing systems, including equipment, appliances, fixtures, fittings and appurtenances, and where connected to a water or sewage system and all aspects of a medical gas system. The provisions of the State of Illinois Plumbing Code 2004 Edition, as adopted by reference as provided in this chapter Section 15.08, shall apply to private sewage disposal systems.

4. **102.6** **Existing structures.** The legal occupancy of any structure existing on the date of adoption of this building code shall be permitted to continue without change, except as is specifically provided in this code, including this building code and the International Fire Code as adopted by the Village, and except as is deemed necessary by the building official for the general safety and welfare of the occupants and the public.

5. **103.1** **Creation of enforcement agency.** The Department of Community Development is created pursuant to Chapter 2.44 of the Village Code hereby established as the

enforcement agency for this building code, and the Director of Community Development shall be known as the building official.

6. **103.2      Appointment.**   The building official shall be appointed by the Village Manager.

7. **103.3      Deputies.**   Subject to the approval of the Village Manager, the building official shall have the authority to appoint a deputy building official, the related technical officers, inspectors, plan examiners and other employees. Such employees shall have powers as delegated by the building official.

8. **104.10      Modifications.**   Wherever there are practical difficulties involved in carrying out the provisions of this building code, the building official shall have the authority to grant modifications for individual cases, upon application of the owner or owner' s representative, provided the building official shall first find that special individual reasons makes the strict letter of this building code impractical and that the modification is in compliance with the intent and purpose of this building code and that such modification does not lessen health, accessibility, life and fire safety, or structural requirements. The details of actions granting modifications shall be recorded and entered in the files of the Department of Community Development.

9. **105.2      Work exempt from permit.**   Permits shall not be required for the following work.  Exemptions from the permit requirements of this Building Code shall not be deemed to grant authorization for any work to be done in any manner in violation of the provisions of the Village Code or any other laws or ordinances of the Village.

   a.   Painting, papering, tiling, carpeting, cabinets, counter tops and similar finish work.

   b.   Construction or installation of temporary motion picture, television and theater stage sets and scenery.  Notwithstanding the foregoing, a film production permit shall be required as provided in Chapter 5.20 of the Village Code.

   c.   Prefabricated swimming pools accessory to a detached one and two family residential dwellings, as applicable in Section 101.2, which are less than 24 inches (610 mm) deep, do not exceed 5,000 gallons (18 925 L) and are installed entirely above ground.

10. **106.1.1.1   Fire protection system shop drawings.**   Shop drawings for the fire protection system(s) shall be submitted to indicate conformance with this building code, all other applicable provisions of the Village Code and the construction documents, and shall be approved prior to the start of system installation.  Shop drawings shall contain all information as required by the referenced installation standards in Chapter 9 of the International Building Code, 2003 Edition,.

11. **106.3.2 Previous approvals.**   This code shall not require changes in the construction documents, the construction or the designated occupancy of a structure for which a lawful permit has heretofore been issued or otherwise lawfully authorized, and for which construction has been pursued in good faith within six months after the effective date of this code and has not been abandoned.

12. **107.3      Temporary power supply.**   The building official is authorized to give permission to temporarily supply and use power in part of an electric installation before such installation has been fully completed and the final certificate of completion has been issued. The part covered by the temporary certificate shall comply with the requirements specified for temporary lighting, heat or power in the National Electrical Code 2002 Edition, and in Section 13.08,210 and Section 15.32.140(D)(3) of the Village Code.

13. **112.1      General.**   The Building Review Committee created by Section 3.36.010 of the Village Code shall hear and decide appeals of orders, decisions or determinations made by the building official relative to the application and interpretation of this building code.  Appeals shall be subject to the provisions of Chapter 15.72 of the Village Code.

14. **114.2.1 Stop work order policy.** The issuance of stop work orders shall be subject to the enforcements provisions set forth in Chapter 15.04 of the Village Code.)

15. **406.1.4 Separation.** The sills of all door openings between private garages and adjacent interior spaces shall be raised not less than six (6) inches above the garage floor.

16. **903.4.2 Alarms.** Approved audible devices shall be connected to every automatic sprinkler system. Such sprinkler water-flow alarm devices shall be activated by water flow equivalent to the flow of a single sprinkler of the smallest orifice size installed in the system. Alarm devices shall be provided on the exterior of the building in an approved location. Where a fire alarm system is installed, actuation of the automatic sprinkler system shall actuate the building fire alarm system. An outside audio/visual device shall be provided and shall be located above the fire department connection.

17. **903.4.2.1 Alarm-indicating devices.** All sprinklered buildings shall be provided with audio/visual alarm-indicating devices. The alarm-indicating devices shall be of a sufficient number and power to be seen and heard in all areas of every building.

18. **903.4.2.2 Test Valves.** Fire sprinkler system inspector test valves shall be accessible at all times and shall located no more than 6 feet above the finished floor. On multiple riser systems, each test valve shall be marked to identify which riser and area it tests.

19. **903.4.3 Floor control valves.** Approved supervised indicating control valves shall be provided at the point of connection to the riser on each floor in high-rise buildings. In multiple story buildings, floor control valves with water flow and tamper switches shall be provided for each floor.

20. **903.6    Safety Factor.** Provide a minimum 10% safety factor in the fire protection system hydraulic calculation. The system demand shall be 10% minimum below the seasonal low water flow test supply.

21. **903.7    Hydraulic nameplate.** By each hydraulically calculated area, on each drawing, provide a copy of the hydraulic nameplate.

22. **903.8    NFPA standards.** The appendixes of all NFPA standards are to be considered as part of each standard and are considered a "shall" requirement and not "should" information.

23. **903.9    Fire alarm systems.** All fire alarm systems shall be of the addressable type and shall be installed per NFPA 72, 1999.

24. **903.10    Quick response sprinklers.** All offices, assembly, and residential buildings and areas shall be provided with residential and/or quick response sprinklers.

25. **905.3.1 Building height.** Class III standpipe systems shall be installed throughout buildings where the floor level of the highest story is located more than 30 feet (9144 mm) above the lowest level of fire department vehicle access, or where the floor level of the lowest story is located more than 30 feet (9144 mm) below the highest level of fire department vehicle access. Notwithstanding the foregoing, standpipes shall be required in all buildings that are more than two stories high and/or more than two stories below grade.

26. **903.3.5 Water supplies.** Water supplies for automatic sprinkler systems shall comply with this section and the standards referenced in Section 903.3.1. The potable water supply shall be protected against backflow in accordance with the requirements of this section and the State of Illinois Plumbing Code, 2004 Edition. Hydrant water flow data used for the design of any sprinkler system shall be witnessed by the Fire Department and shall be no more than six (6) months old.

27. **907.2    Where required.** An approved manual fire alarm system shall be provided in all use groups, except as specified in Section 907.2.6 of this code, and except for single family

detached dwellings. All fire alarm control panels and annunciators shall be installed in locations approved by the Fire Department. All fire alarm panels and annunciator shall be keyed.

28. **1101.2     Design.** Buildings and facilities shall be designed and constructed to be accessible in accordance with this building code, the State of Illinois Accessibility Code, 1997 Edition, and ICC A117.1.

29. **2302.1.2.1  Fire Protection.** Where prefabricated wood I-joists are used for floor and ceiling assemblies in finished or unfinished spaces or areas in one- or two-family dwellings, these assemblies shall be separated from adjacent spaces or areas by fire-resistant material capable to resist a fire exposure equivalent to one-hour or more in accordance with fire test procedures as set forth in ASTM E119, as well as in accordance with UL or FM classification standards. Such separation shall not be required for structures that are fully equipped with an automatic sprinkler system designed and installed in accordance with NFPA 13.

30. **2603.2.1     Third Party Approval.** No foam plastic insulation shall be unless it has been approved by a nationally recognized independent testing agency, such as Underwriters Laboratories or Factory Mutual.

31. **3306.9.1     Barriers.** Prior to commencing any work under a permit that includes the authorization of demolition, excavation, construction of a new structure and/or construction of an addition to an existing structure, the applicant shall erect a fence to enclose the site in a location and manner approved by the building official. The fence shall be no less than six (6) feet in height and shall be located at least 18 inches off any public sidewalk. The fence shall be permanently secured in the ground, and shall remain in place until the building official approves its removal. When there are no construction personnel at the site, any gate or opening in the fence shall be closed and secured with a lock.

(MC-03-2005, Added, 06/21/2005)


## Section 15.08.030     Amendments to the International Residential Code for One- and Two-Family Dwellings, 2003 Edition

A. **Exclusions.** The following provisions of the International Residential Code for One- and Two-Family Dwellings, 2003 Edition, are excluded from adoption by the Village. Where a range of sections is listed, the exclusion includes all sections and subsections within the specified range.

1. **105.5        Expiration.** (Superseded by Section 15.32.190 of this code.)

2. **105.7        Placement of permit.** (Superseded by Section 15.32.180 of the Village Code.)

3. **106.2        Site plan.** (Superseded by section 15.32.050 of the Village Code.)

4. **106.3.1 Approval of construction documents.** (Superseded by Sections 15.32.090 and 15.32.100 of the Village Code.)

5. **108.2        Schedule of permit fees.** (Superseded by Section 15.32.020 of the Village Code.)

6. **108.6        Surety Bond Requirement.** (Superseded by Section 15.32.060 of the Village Code.)

7. **108.4        Work commencing before permit issuance.** (Superseded by Section 15.32.010 of the Village Code.)

8. **108.6        Refunds.** (Superseded by Section 15.32.030 of the Village Code.)

9. **109.3.10     Final inspection.** (Superseded by Section 15.32.160.)

10. **110.4     Temporary occupancy.**  (Superseded by Section 15.36.010 of the Village Code.)

11. **310.4     Bars, grill, covers and screens.**

12. **402.1     Wood foundations.**

13. **404.2     Wood foundation walls.**

14. **1003.12 Mantel and trim.**  Woodwork or other combustible materials shall not be placed within 6 inches on either side of a fireplace opening or 12 inches above a fireplace opening.  No combustible mantel shall be installed less than 21 inches from the top of the fireplace opening.

15. **Part VII — Plumbing.**     Chapters 26 through 32

16. **Part VIII — Electrical.**     Chapters 33 through 42.


B.  **Amendments.**  The following provisions of the International Residential Code for One- and Two- Family Dwellings, 2003 Edition, are amended for adoption by the Village:

1. **101.1     Title.**  These provisions shall be known as the Residential Code for One- and Two-Family Dwellings of the Village of Winnetka.  As used in the International Residential Code for One- and Two- Family Dwellings, 2003 Edition, as adopted and amended by the Village, "this code" shall mean the Residential Code for One- and Two-Family Dwellings of the Village of Winnetka.  As used in the ordinances and codes published by the Village, the term "this code" shall mean the Winnetka Village Code, and  the Residential Code for One- and Two-Family Dwellings of the Village of Winnetka shall be called the "Dwelling Code."

2. **101.2     Scope.**  The provisions of this Dwelling Code shall apply to the construction, alteration, movement, enlargement, replacement, repair, equipment, use and occupancy, location, removal and demolition of detached one- and two-family dwellings and attached single-family dwellings (townhouses) that are not more than three stories in height and that have a separate means of egress and their accessory structures.

3. **102.7     Existing structures.** The legal occupancy of any structure existing on the date of adoption of this Dwelling Code shall be permitted to continue without change, except as is specifically provided in this code,  including this Dwelling Code and the International Fire Code as adopted by the Village, and except as is deemed necessary by the building official for the general safety and welfare of the occupants and the public.

4. **103.1     Creation of enforcement agency.**   The Department of Community Development is created pursuant to Chapter 2.44 of the Village Code is hereby established as the enforcement agency for this code and the Director of Community Development shall be known as the building official.

5. **103.2     Appointment.**   The building official shall be appointed by the Village Manager.

6. **103.3     Deputies.**  Subject to the approval of the Village Manager, the building official shall have the authority to appoint a deputy building official, the related technical officers, inspectors, plan examiners and other employees. Such employees shall have powers as delegated by the building official.

7. **105.2     Work exempt from permit.**  Permits shall not be required for the following work.  Exemptions from the permit requirements of this Dwelling Code shall not be deemed to grant

Winnetka Village Code

authorization for any work to be done in any manner in violation of the provisions of this code or any other laws or ordinances of the Village.

    a.  Buildings:

      i)  Painting, papering, tiling, carpeting, cabinets, counter tops and similar finish work.

      ii)  Construction or installation of temporary motion picture, television and theater stage sets and scenery.  Notwithstanding the foregoing, a film production permit shall be required as provided in Chapter 5.20 of the Village Code.

      iii)  Prefabricated swimming pools accessory to a detached one and two family residential dwellings, as applicable in Section 101.2, which are less than 24 inches (610 mm) deep, do not exceed 5,000 gallons (18 925 L) and are installed entirely above ground.

    b.  Electrical:

      i)  Minor repair work, including the replacement of lamps or the connection of approved portable electrical equipment to approved permanently installed receptacles.

    c.  Gas:

      i)  Portable heating, cooking or clothes drying appliances.

      ii)  Replacement of any minor part that does not alter approval of equipment or make such equipment unsafe.

      iii)  Portable fuel cell appliances that are not connected to a fixed piping system and are not interconnected to a power grid.

    c.  Mechanical:

      i)  Portable heating appliance.

      ii)  Portable ventilation appliances.

      iii)  Portable cooling unit.

      iv)  Replacement of any minor part that does not alter approval of equipment or make such equipment unsafe.

      v)  Portable evaporative cooler.

      vi)  Self-contained refrigeration systems containing 10 pounds (4.54 kg) or less of refrigerant or that are actuated by motors of 1 horsepower (746 W) or less.

      vi)  Portable fuel cell appliances that are not connected to a fixed piping system and are not interconnected to a power grid.

    d.  Plumbing:

      i)  The stopping of leaks in drains, water, soil, waste or vent pipe; provided, however, that if any concealed trap, drainpipe, water, soil, waste or vent pipe becomes defective and it becomes necessary to remove and replace the same with new material, such work shall be considered as new work and a permit shall be obtained and inspection made as provided in this code.

      ii)  The clearing of stoppages or the repairing of leaks in pipes, valves or fixtures, and the removal and reinstallation of water closets, provided such repairs do not involve or require the replacement or rearrangement of valves, pipes or fixtures.

8. **112.1    General.** The Building Review Committee created by Section 3.36.010 of the Village Code shall hear and decide appeals of orders, decisions or determinations made by the building official relative to the application and interpretation of this building code. Appeals shall be subject to the provisions of Chapter 15.72 of the Village Code.

9. **114.1    Notice to owner; stop work orders.** The issuance of stop work orders shall be subject to the enforcements provisions set forth in Chapter 15.04 of the Village Code.)

10. **115.1    Prefabricated Construction.** A certificate of approval by an approved agency shall be furnished with every prefabricated assembly, except where all elements of the assembly are readily accessible to inspection at the site. No element of any prefabricated assembly shall be concealed prior to inspection and approval by the building official. All elements of any prefabricated assembly shall be readily accessible for inspection at the permit site. Prefabricated assemblies shall be inspected at the building site by the building official as required by this code.

11. **310.4.1 Bars, grills, covers and screens on window wells.** All window wells, whether to be used as emergency escape or rescue openings or not, shall be fitted with bars, grills, covers, screens, railings or similar devices.

12. **309.2    Separation required.** The garage shall be separated from the residence and its attic area by not less than 1/2-inch (12.7 mm) gypsum board applied to the garage side. Garages beneath habitable rooms shall be separated from all habitable rooms above by not less than 5/8-inch (15.9 mm) Type X gypsum board or equivalent. Where the separation is a floor-ceiling assembly, the structure supporting the separation shall also be protected by not less than 1/2-inch (12.7 mm) gypsum board or equivalent. The sills of all door openings between private garages and adjacent interior spaces shall be raised not less than six (6) inches above the garage floor.

13. **314.3    Specific approval.** Plastic foam not meeting the requirements of Sections R314.1 and R314.2 may be specifically approved on the basis of one of the following approved tests: ASTM E 84, FM 4880, UL 1040, NFPA 286, ASTM E 152, or UL 1715, or fire tests related to actual end-use configurations. The specific approval may be based on the end use, quantity, location and similar considerations where such tests would not be applicable or practical. Any foam plastic insulation must be approved by an independent testing agency, either Underwriters Laboratories or Factory Mutual.

14. **403.1    General.** All exterior walls shall be supported on continuous solid or fully grouted masonry or concrete footings, wood foundations, or other approved structural systems which shall be of sufficient design to accommodate all loads according to Section R301 and to transmit the resulting loads to the soil within the limitations as determined from the character of the soil. Footings shall be supported on undisturbed natural soils or engineered fill. All footings shall have a minimum of two (2) Number Five (5) reinforcement bars that shall be placed at the perimeter of all concrete monolithic slabs with integral footings

15. **404.1.1 Masonry foundation walls.** Concrete masonry and clay masonry foundation walls shall be constructed as set forth in Tables R404.1.1(1), R404.1.1(2), R404.1.1(3) and R404.1.1(4) and shall also comply with the provisions of this section and the applicable provisions of Sections R606, R607 and R608. In Seismic Design Categories D1 and D2, concrete masonry and clay masonry foundation walls shall comply with Section R404.1.4, but with not less than two (2) Number Five (5) reinforcement bars placed at the top and bottom of any concrete trench, belle, grade beam or formed foundation wall. Rubble stone masonry foundation walls shall be constructed in accordance with Sections R404.1.8 and R606.2.2. Rubble stone masonry walls shall not be used in Seismic Design Categories D1 and D2.

16. **2501.2    Application.** In addition to the general administration requirements of Chapter 1 of the Dwelling Code, the administrative provisions of this chapter 2501 of the Dwelling

Code shall also apply to the plumbing requirements of the State of Illinois Plumbing Code, 2004 Edition.

17. **2501.3        Authority.**  These rules are promulgated pursuant to authority granted by Section 35 of the Illinois Plumbing License Act (225 ILCS 320/35).

18. **2501.4 Applicability.**  These rules govern the design and installation of new plumbing or plumbing systems and the alteration of existing plumbing systems.  They apply to all new construction and any remodeling or renovation that alters renovates or replaces existing plumbing or plumbing systems.  These rules do not apply to existing buildings unless the plumbing or plumbing system is being altered, the building use is being changed or the existing plumbing creates a health or safety hazard.

a.   If an existing building is changed from one use to another or from one classification to another, as provided in Appendix A, Table, (Illinois State Plumbing Code 2004 Edition) it shall be treated as a new building and shall comply with the requirements of this Part for its new use or occupancy.

b.   Regardless of the age of the building, where a health or safety hazard exists because of an existing plumbing installation or lack thereof, the owner or his agent shall install additional plumbing or make such corrections as may be necessary to abate the hazard or violation of this part.

19. **Part VIII — Electrical.**  The provisions of the National Electrical Code, 2002 Edition, as adopted by reference as provided in this chapter Section 15.08, shall apply to the installation of electrical systems, including alterations, repairs, replacement, equipment, appliances, fixtures, fittings and appurtenances thereto.
(MC-3-2005, Added, 06/21/2005)


### Section 15.08.040        Amendments to the International Mechanical Code, 2003 Edition.

A.  **Exclusions**.  The following provisions of the 2003 International Mechanical Code are excluded from adoption by the Village.  Where a range of sections is listed, the exclusion includes all sections and subsections within the specified range.

1. **104.4        Inspections.**  (Superseded by Section 15.32.160 of the Village Code.)

2. **106.4.3 Expiration.**  (Superseded by Section 15.32.190 of the Village Code.)

3. **106.5.1 Work commencing before permit issuance.**  (Superseded by Section 15.32.010 of the Village Code.)

4. **106.5.2 Fee schedule.**  (Superseded by Section 15.32.020 of the Village Code.)

5. **106.5.3 Fee refunds.**  (Superseded by Section 15.32.030 of the Village Code.)

B.  **Amendments.**  The following provisions of the 2003 International Mechanical Code are amended for adoption by the Village:

1. **101.1        Title.**  These provisions shall be known as the Mechanical Code of the Village of Winnetka. As used in the International Mechanical Code, 2003 Edition, as adopted and amended by the Village, "this code" shall mean the Mechanical Code of the Village of Winnetka.  As used in the ordinances and codes published by the Village, the term "this code" shall mean the Winnetka Village Code, and the Mechanical Code of the Village of Winnetka shall be called the "Mechanical Code."

2. **103.1** **General.** The Department of Community Development is created pursuant to Chapter 2.44 of the Village Code is hereby established as the enforcement agency for this code, and the Director of Community Development shall be known as the building official.

3. **103.2** **Appointment.** The building official shall be appointed by the Village Manager.

4. **108.5** **Stop work orders.** The issuance of stop work orders shall be subject to the enforcements provisions set forth in Chapter 15.04 of the Village Code.)

5. **109.2** **Membership of board.** The Building Review Committee created by Section 3.36.010 of the Village Code shall hear and decide appeals of orders, decisions or determinations made by the building official relative to the application and interpretation of this building code. Appeals shall be subject to the provisions of Chapter 15.72 of the Village Code.

6. **301.8** **Plumbing connections.** Potable water supply and building drainage system connections to equipment and appliances regulated by this code shall be in accordance with the State of Illinois Plumbing Code 2004 Edition.

7. **Chapter 15 Referenced Standards.**

   a.   SIPC-2004, State of Illinois Plumbing Code 2004 Edition.

   b.   NEC-2002, National Electrical Code 2002 Edition

(MC-3-2005, Added, 06/21/2005)


**Section 15.08.050     Amendments to the International Fuel Gas Code**

A. **Exclusions.** The following provisions of the International Fuel Gas Code, 2003 Edition, are excluded from adoption by the Village. Where a range of sections is listed, the exclusion includes all sections and subsections within the specified range.

1. **106.4.3 Expiration.** (Superseded by Section 15.32.190 of the Village Code.)

2. **106.5.2 Fee schedule.** (Superseded by Section 15.32.020 of the Village Code.)

3. **106.5.3 Fee refunds.** (Superseded by Section 15.32.030 of the Village Code.)

4. **403.6** **Plastic pipe, tubing and fittings.**

5. **403.11** **Plastic pipe, joints and fittings.**

B. Amendments. The following provisions of the  International Fuel Gas Code, 2003 Edition, are amended for adoption by the Village:

1. **101.1** **Title.** These provisions shall be known as the Fuel Gas Code of the Village of Winnetka. As used in the  International Fuel Gas Code,  2003 Edition, as adopted and amended by the Village, "this code" shall mean the Fuel Gas Code of the Village of Winnetka.  As used in the ordinances and codes published by the Village, the term "this code" shall mean the Winnetka Village Code, and the Fuel Gas Code of the Village of Winnetka shall be called the "Fuel Gas Code."

2. **103.1** **General.** The Department of Community Development is created pursuant to Chapter 2.44 of the Village Code is hereby established as the enforcement agency for this code, and the Director of Community Development shall be known as the building official.

3. **103.2** **Appointment.** The building official shall be appointed by the Village Manager.

4.  **103.3      Deputies.**  Subject to the approval of the Village Manager, the building official shall have the authority to appoint a deputy building official, the related technical officers, inspectors, plan examiners and other employees. Such employees shall have powers as delegated by the building official.

5.  **108.5      Stop work orders.**  The issuance of stop work orders shall be subject to the enforcements provisions set forth in Chapter 15.04 of the Village Code.)

6.  **109.2      Membership of board.**  The Building Review Committee created by Section 3.36.010 of the Village Code shall hear and decide appeals of orders, decisions or determinations made by the building official relative to the application and interpretation of this building code. Appeals shall be subject to the provisions of Chapter 15.72 of the Village Code

7.  **624.1.1 Installation requirements.**  The requirements for water heaters relative to sizing, relief valves, drain pans and scald protection shall be in accordance with the State of Illinois Plumbing Code 2004 Edition.

8.  **Chapter 7      Referenced Standards.**

   a.   SIPC-2004, State of Illinois Plumbing Code 2004 Edition –  Section 624.1.1

   b.   NEC-2002, National Electrical Code 2002 Edition

(MC-3-2005, Added, 06/21/2005)


**Section 15.08.060      Amendments to the State of Illinois Plumbing Code, 2004 Edition**

A.  Exclusions.  The following provisions of the State of Illinois Plumbing Code, 2004 Edition, are excluded from adoption by the Village.  Where a range of sections is listed, the exclusion includes all sections and subsections within the specified range.

1.  **Table A, "Approved Materials for Building Sewers"** is amended by deleting the following Items 2, 5, 8 and 9:

   2)  Asbestos Cement Pipe.

   5)  Concrete Pipe

   8)  Vitrified Clay Pipe

   9)  Solder

2.  **Table A, "Approved Materials for Water Service Pipe"** is amended by deleting the following Items 1 and 4:

   1)  ABS Pipe

   4)  CPVC Pipe

3.  **Table A, "Approved Materials for Water Distribution Pipe"** is amended by deleting the following Items 2, 7 and 8:

   2)  CPVC Pipe

   7)  Poly Butylene Pipe

   8)  PVC Pipe


B.  **Amendments.**  The following provisions of the State of Illinois Plumbing Code, 2004 Edition, are amended for adoption by the Village:

1. **Section 890.110, General Regulations** is amended by adding the following subsection (c):

**890.110 (c) General Regulations.**   Plumbing and drainage systems in all buildings, public and private, shall be installed in accordance with the provisions of this ordinance by a licensed plumber in accordance with the provisions of the State of Illinois Plumbing License Law.   If a plumbing contractor is found to be using unlicensed plumbers, the contractor' s plumbing permit will be revoked

2. **Section 890.120     Definitions** is amended by adding the following definition :

"Plumbing Code."  The Illinois State Plumbing Code, 2004 Edition, as adopted and amended by the Village, shall be known as the Plumbing Code of the Village of Winnetka.  As used in the Illinois State Plumbing Code, 2004 Edition, as adopted and amended by the Village, the terms "Part" or "this code" shall mean the Plumbing Code of the Village of Winnetka.  As used in the ordinances and codes published by the Village, the term "this code" shall mean the Winnetka Village Code, and the Plumbing Code of the Village of Winnetka shall be called the "Plumbing Code."

C.  **Additions.**     The State of Illinois Plumbing Code, 2004, is further amended for adoption by the Village by adding the following provisions:

1. Potable Water.  Type L copper piping shall be used for potable water.

2. Couplings.  Heavy duty 4 band couplings must be used with no hub soil pipe.

3. Plumbing Walls.  Plumbing walls where stacks are located must be built of 2 x 6 framing at a minimum.

4. Primer.  Purple primer must be used on all PVC piping.

5. Testing.  Gas tests are required if any existing gas lines have been moved.

6. Water Service.  For all new construction, including additions and substantial remodeling a minimum 1 inch copper water service is required.

7. Existing Conditions.  All nonconforming plumbing installations or materials discovered or revealed during remodeling, renovation, or other alteration projects, shall be corrected in accordance with this code.

8. Inspections.  Inspections shall be subject to the provisions of Section 15.20.050 of this chapter.

9. Below grade construction.  Construction with basements, or with floors, rooms or occupancy areas below grade, shall comply with the provisions of section 15.20,060 of this chapter.

10. Inspections.

a.  Inspections Required.  All plumbing work shall be done by licensed plumbers or sewer contractors and shall be subject to the inspection and approval of the Director, or the plumbing inspector under the supervision of the Director.  The plumbing contractor shall be on site when the rough plumbing inspection is conducted.

b.  Testing by Plumbing Inspector. All plumbing work shall be tested by the plumbing inspector, in accordance with this code, while all pipes are uncovered in every part.  A water test shall be applied to the drainage system in its entirety, or in sections, as completed.  A water pressure test for plumbing work shall be applied by closing the lower end of the vertical pipes and filling the pipes to the highest opening above the roof with water.  Special provision shall be made to include all joints and connections to the finished line or face of floors or side walls, so that all vents or revents, including lead work, may be tested with the main stacks.  The house drain inside any building shall be

Winnetka Village Code

tested by closing up the drain at the point where it leaves the building, using the clean out wye provided for, and filling the pipes inside the building with water to a height of a least two feet above the highest point of the drainage system.

c.   Water Supply for Testing. Licensed plumbers will be allowed to leave the water turned into pipes for forty-eight (48) hours after completing any work for the purpose of testing the same, at the end of which time they shall immediately cut off the supply, unless otherwise instructed by the Director of the Water and Electric Department. Plumbers are prohibited from turning water on from any service pipe for any other purpose, except on the order or permission from the Water and Electric Department.

d.   Additional Inspections. All plumbing work shall be subject to such further inspections and tests as shall be required by the rules and regulations of the Water and Electric Department of the Village. (Prior code § 23.49)

11. Overhead sewers and other protective measures below ground level.  All buildings constructed after December 31, 1970 with basements, floors, rooms or occupancy areas below grade and served by a public or private sewer system shall have overhead plumbing with ejector pumps. (Prior code § 23.50)
(MC-3-2005, Added, 06/21/2005)


**Section 15.08.070         Amendments to the National Electric Code, 2002 Edition**

A.   **Exclusions.**   The following provisions of the National Electric Code, 2002 Edition, are excluded from adoption by the Village.  Where a range of sections is listed, the exclusion includes all sections and subsections within the specified range.

1.   **80.2      Definitions.**      The definition of Chief Electrical Inspector is deleted.

2.   **80.15    Electrical Board.**    Delete subsections (A) (B) (C) (D) (E) (F) and (H).

3.   **80.19(D)      Annual Permits.**

4.   **80.19(F)(3) Inspections.**

5.   **80.19(F)(4) Approvals.**

6.   **230. II       Overhead Service-drop conductors.**

7.   **320 Armored Cable: Type AC.**  Delete entire Article.

8.   **322 Flat Cable Assemblies: Type FC.**  Delete entire Article.

9.   **324 Flat Conductor Cable: Type FCC.**  Delete entire Article.

10.  **334 Nonmetallic-sheathed Cable: Types NM, NMC and NMS.**  Delete entire Article.

11.  **338 Service-Entrance Cable: Types SE and USE.**  Delete entire Article.

12.  **340 Underground Feeder and Branch-Circuit Cable: Type UF.**  Delete entire Article.

13.  **360 Flexible Metallic Tubing: Type FMT.**  Delete entire Article.

14.  **362 Electrical Nonmetallic Tubing: Type ENT.**  Delete entire Article.

15.  **394 Concealed Knob and Tube Wiring.**  Delete entire Article.

16.  **396 Messenger Supported Wiring.**  Delete entire Article.

17.  **547 Agricultural Buildings.**  Delete entire Article.

18. **551 Recreational Vehicles and Recreational Vehicle Parks.** Delete entire Article.

19. **552 Park Trailers.**  Delete entire Article.

20. **553 Floating Buildings.**  Delete entire Article.

B.  **Amendments.**  The following provisions of the National Electric Code, 2002 Edition, are amended for adoption by the Village:

1.  **80.0      Title.**  These provisions shall be known as the Electric Code of the Village of Winnetka.  As used in the National Electric Code, 2002 Edition, as adopted and amended by the Village, "this code" shall mean the Electric Code of the Village of Winnetka.  As used in the ordinances and codes published by the Village, the term "this code" shall mean the Winnetka Village Code, and the Electric Code of the Village of Winnetka shall be called the "Electric Code."

2.  **80.15      Electrical Board, subsection (G) Appeals**, is amended to provide:

**(G) Appeals -** Review of Decisions.  Any person, firm, or corporation may register an appeal with the Building Review Committee for a review of any decision of the Electrical Inspector, provided that such appeal is made in writing within fifteen (15) days after such person, firm, or corporation shall have been notified.  Upon receipt of such appeal, the Building Review Committee shall, if requested by the person making the appeal, hold a public hearing and proceed to determine whether the action of the Electrical Inspector complies with this law and, within fifteen (15) days after receipt of the appeal or after holding the hearing, shall make a decision in accordance with its findings.

2.  **80.27(B)(3) Experience.**  Be well versed in the National Electric Code 2002 Edition and the amendments hereto.

3.  **80.27(D)      Revocation and Suspension.**  The Director of Community Development or the Village Manager shall have the authority to revoke or suspend an inspector's authority to conduct inspections.

4.  **110.14 (A)      Terminals.**  Connection of conductors to terminal parts shall insure a thoroughly good connection without damaging the conductors and shall be made by means of pressure connectors (including set screw type), solder lugs, or splices to flexible leads.  Connection by means of wirebinding screws or studs and nuts that have upturned lugs or the equivalent shall be permitted for 10 AWG or smaller conductors.

Terminals for more than one conductor, and terminals used to connect aluminum, shall be so identified.

No more than one (1) conductor shall be connected and/or installed to a single screw terminal on an electrical device,

5.  **200.10      Use and Identification of Grounded Conductors, Outlets, Switches and Receptacles.**  All garage outlets shall be located not less than forty-two (42) inches above the finished floor.

Switches and receptacles in bathrooms shall be located in a minimum of thirty (30) inches from the inside edge of a tub or shower measured horizontally at the floor line.  Lighting fixtures above, or within two feet of the inside of the tub edge, must have GFCI protection.

Grounded conductors shall be at least the same size as the ungrounded conductors of the same circuit.

6.  210.8      Ground-Fault Circuit Interrupter Protection of Personnel – Pumps.  Sump pumps and ejector pumps shall be on a dedicated 20 amp circuit with a single head receptacle (not GFCI protected).

Winnetka Village Code

7.  Section 210.50(G)  Basements and Garages.  For a one-family dwelling, at least one receptacle outlet, in addition to any provided for laundry equipment, shall be installed in each basement and in each attached garage, and in each detached garage with electric power.  See 210.8 (A) and (A) (5).  Where a portion of the basement is finished into one or more habitable rooms, each separate unfinished portion shall have a receptacle outlet installed in accordance with the section.

A minimum of one (1) switched lighting fixture shall be installed in the immediate area of the top stair tread of all staircases leading to basement areas.  A minimum of one (1) switched lighting fixture shall be installed in the area of the lower most stair tread of all staircases that lead to the basement areas.

8.  220.2(B)(11)  Branch-Circuit, Feeder and Service Calculations, Computations.  Other Outlets.  Other outlets not covered in 220.3(B) (1) through (10) shall be computed based on 180 volt-amperes.

In dwelling occupancies dishwashers and disposals shall have separate disconnecting means under the sink cabinet.

A separate circuit shall be provided for all heating and air conditioning units.

Receptacle outlets adjacent to kitchen sinks may be located a maximum of three feet from the edge of the sink bowl.

9.  230.1 (A)  Services, Scope –  Overhead or Exposed Wiring.  No overhead or exposed wiring on the exterior of buildings shall be installed except for main service conduits and wiring runs of four feet or less to freestanding cooling units and connections to underground wiring.  In all such cases, rigid metal conduit shall be used, except that, where flexible connections are required, liquid tight or flexible metal conduit with a green equipment ground wire may be used.

10. 230. VI Service Equipment –  Disconnecting Means.  All new single family detached swellings shall have a minimum 200 amp single phase service with the main disconnect located at the meter.

11. 230.70 (A)  Location.  The service disconnecting means shall be installed in accordance with 230.70 (A) (1), (2) and (3).  The location of outside meters for single family dwellings must be determined prior to installation by the Water and Electric Department.

Meter pedestals must be installed so that the center of the meter is located between 48 to 66 inches as measured from the adjacent finished grade.

12. 300.1(D)  Underground Wiring.  All underground wiring in buildings, including wiring in sub-grade floors, shall be installed in rigid metal conduit.  Rigid nonmetallic conduit may be used underground outside of buildings.

All interior wiring not required to be flexible and all basement wiring shall be installed in intermediate metal or rigid metal conduit or electrical metallic tubing.

13. 310.14  Aluminum Conductor Material.  No aluminum or copper-clad aluminum wire shall be used, except as approved for service to an electrical meter.

14. 408.31  Busbars.  Copper bus shall be used in switchboard, panel boards and meter socket enclosures containing more than four sockets.

15. 410.8(D)(5)Luminaries (Fixtures) in Clothes Closets.  In dwelling units, all closets twenty-three (23) inches deep and all utility rooms and pantries, shall be illuminated.

16. 680.3  Swimming Pools, Fountains and Similar Installations, Other Articles.  Except as modified by this article, wiring and equipment in or adjacent to pools and fountains shall comply with other applicable provisions of this Code, including those provisions identified in Table 680.3.  All

controls, pumps or lights for a swimming pool, sauna, hot tub or hydro massage bathtubs shall not be used without GFCI protection.  All underwater lights shall be twelve (12) volts.

C.  **Additions.**     The National Electric Code, 2002 Edition, is further amended for adoption by the Village by adding the following provisions:

1.  **Nonconforming Installations.**  All nonconforming electrical installations or maters discovered or revealed during remodeling, renovation, or other alteration projects, shall be corrected in accordance with this code.

2.  **Removal of Abandoned Materials.**  All abandoned wiring, conductors, conduit systems, raceways, junction boxes, electrical devices, electrical materials and/or equipment, etc, shall be completely removed prior to a final electrical inspection.

3.  **Circuit Wiring.**  Circuits wired with AWG #14 wire, shall be limited to eight (8) outlets or receptacles for general lighting connected to a single circuit.  Circuits wired with AWG #12 wire, shall be limited to ten (10) outlets or receptacles for general lighting connected to a single circuit.

4.  **Wire Size.**  Minimum wire size requirements for any installation other than residential shall be AWG #12.  Devices and receptacles shall be twenty (20) amp rated.

5.  **Conductor Installation.**  Conductors shall not be installed in any raceway, until wall finishes are applied or mechanical work has been completed with the consent of the electrical inspector.

6.  **Minimum Box Size.**  Minimum size boxes for general lighting outlets shall be 1-1/2 inches deep and 3-3/4 inches in diameter.  Minimum size boxes for switch and receptacles shall be 1-1/2 inches deep and 4 inches square.

7.  **Box Installations.**  Back to back box installations shall not be permitted in any case.

8.  **Light Switches.**  Stairways, hallways, passageways, corridors, garages, rooms or other areas with more than one (1) entry shall have a sighting outlet switched from all exits and entries.

9.  **Materials and Equipment.**  New materials and/or equipment must be used on all installations.

10**. Final Inspections.**  For final inspection purposes, all light fixtures shall have at least one (1) bulb or lamp in each fixture.

11.  **Remodeling.**  Existing buildings or structures that are scheduled for remodeling and/or additions, or have been vacated and made available to new tenants, shall prior to occupancy, be required to remove existing electrical equipment and materials that will not be used, or are determined not to conform to the currently adopted code requirements of the Village of Winnetka. Existing wiring, materials and equipment shall be in good condition, without actual or potential hazards or in an unsafe condition.  Hazardous or unsafe conditions include, but are not limited to the following: open boxes, unstable raceways, frayed wiring, dried out/flaking insulation on conductors, improper connections, burned or defective contacts, overloaded circuits, insufficient number of circuit breakers/fuses, defective main breaker/bus bar, non-listed or labeled fixtures or devices or other similar unsafe conditions, shall be replaced, removed or repaired as provided for by the provisions of the code.  Unusable electrical systems and devices in good condition, which will provide safe electric service, may remain in place.

12.  **Low Voltage Wiring – Residential.**  Low voltage wiring for control, signaling, or communication systems shall be encased in a raceway throughout.

13. **Smoke Detectors.**  In addition to other village requirements pertaining to smoke detectors, the following is required:

Winnetka Village Code

a.   A dedicated circuit shall be provided, which are to be permanently wired into a dwelling units electric service;

b.   A "lockout" shall be installed on the systems circuit protection device to maintain power to the  equipment;

c.   A separate raceway shall be provided for the system' s circuit and detector' s control wiring, thereby eliminating the interference of circuit conductors and raceways, which may be installed for other equipment or outlets.

d.   Attics and/or closets, which contain mechanical equipment, i.e. heating, ventilating, or cooling, shall contain an approved smoke detector.

e.   An automatic fan shutdown device shall be installed in ceiling house fan and attic fans.  This shall interconnect the smoke detector system and de-energize the power to the fan thereby discontinuing the induced air-flow from one room to another.

14. **Installation of Electric Services.**   The Water and Electric Department shall install underground services for all new and modified electrical services.  The cost of these services will be determined by the department and must be prior to installation.  No overhead electrical services shall be installed.  Meter pedestals must be installed so that the center of the meter measures 48 inched as measured from the adjacent finished grade.   Electrical services shall be installed to the most proximate point of the primary structure.  All other electrical work shall be performed by a licensed electrician.

15. **Inspections.**   All electrical work shall be subject to the inspection and approval of the Director of Community Development, or the electrical inspector under the supervision of the Director.

(MC-3-2005, Added, 06/21/2005)

Winnetka Village Code

## Chapter 15.32

## CONSTRUCTION PERMITS

**Sections:**

| | |
|---|---|
| 15.32.010 | Permits required |
| 15.32.020 | Permit fees and costs |
| 15.32.030 | Refunds of deposits |
| 15.32.040 | Forfeiture of fees, deposits and permit bonds |
| 15.32.050 | Applications for permit |
| 15.32.060 | Permit bond required |
| 15.32.070 | Review of permit application--Requests for additional information. |
| 15.32.080 | Criteria for permit approval. |
| 15.32.090 | Approval and issuance of permit. |
| 15.32.100 | Approved construction documents. |
| 15.32.110 | Partial permit. |
| 15.32.120 | Limitations of permit work. |
| 15.32.130 | Changes to permit work and construction documents. |
| 15.32.140 | Construction Hours |
| 15.32.150 | Site management. |
| 15.32.160 | Inspections. |
| 15.32.170 | Foundation inspections--Spot survey. |
| 15.32.180 | Posting of permit. |
| 15.32.190 | Expiration, revival and extension of permits. |
| 15.32.200 | Repealed by MC-13-2004 |

**Section 15.32.010        Permits required**

No person shall proceed with any construction activity, other than ordinary repairs, on any property in the Village unless the owner first obtains a permit from the Director as provided in this chapter. Any person who engages in any construction activity that requires a permit before said permit has been issued, shall be subject to such additional fees and penalties as may be set from time to time by resolution of the Village Council.  (Prior code § 23.09)

(MC-3-2005, Amended, 06/21/2005)

**Section 15.32.020        Permit fees and costs**

A.  Fees Set by Village Council. The Village Council shall establish all fees, costs, deposits and bonding requirements pertaining to the review and processing of all applications for any construction activity, including but not limited to building permits, permits for electrical work, plumbing work, HVAC or mechanical work, permits for awnings, fences, impermeable surfaces, driveways and work affecting any public right-of-way; all inspections, development agreements and other actions involved in the administration and enforcement of the provisions of this code; all applications requesting any other action by the Village, or any board, commission or committee of the Village, related to construction activities and the compliance of such activities with this code. The nature and amount of all such fees, costs, deposits and bonds shall be set from time to time by resolution of the Village Council.

B.  Formulas for Building Permit Fees.

Winnetka Village Code

1.   Building permit fees for the construction of new structures or additions to existing structures, shall be based on the new construction's gross floor area, as that term is defined in Section 17.04.030 of this code. For purposes of determining building permit fees, no zoning allowances, exceptions or bonuses for gross floor area shall be deducted and the gross floor area of all basement or below grade spaces shall be included.

2.   Building permit fees for the construction of new structures or additions to existing structures, which do not contribute to gross floor area, as defined in Section 17.04.030 of this code may be based on the horizontal square footage of the structure or addition, as measured from its outer perimeter.

3.   Building permit fees for alterations to existing structures, for the construction or alteration of any wireless telecommunications service facility, as defined in Title 17 of this code, and for any other construction activity not specified in a resolution of the Council, shall be based on the estimated total cost of the proposed work. The Director shall require a certificate of the estimated cost from the project's Illinois registered design or engineering professional. If, pursuant to Section 15.32.050(F) of this code, the Director waives the requirement that construction documents bear the signature of the appropriate Illinois design or engineering professional, the owner shall submit an affidavit stating the total estimated cost of the proposed work. The Director may adjust the certified estimate if the Director determines, based on a reliable estimating resource, that the certificate of affidavit does not appropriately reflect local costs of the work proposed.

C.   Reinspection Fees. A reinspection fee shall be charged for each duplicate inspection or reinspection of permit work necessary to confirm code compliance, or for additional site visits or inspections by any building officer.

D.   Responsibility of Owner. The owner shall be responsible for the payment of all fees, costs and deposits charged pursuant to this code, in such amounts as may be set by resolution of the Village Council. The owner shall be responsible for the payment of all fees and costs associated with the performance of any services provided by any independent professional, when such services are required by this code, the Director or the Village Council. (Ord. MC-195-97 § 19, 1997; prior code § 23.10)

### Section 15.32.030        Refunds of deposits

Any balance remaining on any deposit shall be returned only to the person who made such deposit, after deducting all applicable Village costs. The amount of the balance shall be determined only upon final approval of the permit work by all required and necessary Village departments. (Prior code § 23.11)

### Section 15.32.040        Forfeiture of fees, deposits and permit bonds

All fees and deposits shall be forfeited in the event of any of the following: (A) work is performed which is not within the scope of the permit work; (B) the permit has lapsed pursuant to Section 15.32.190; (C) certificate of occupancy requirements of Chapter 15.36 have been violated; or (D) the work performed otherwise violates this code. Permit bonds are subject to forfeiture in the same instances upon approval of the Council. (Prior code § 23.12)

**Section 15.32.050        Applications for permit**

A.   Permit Application Requirements. No permit application shall be accepted for review unless it is complete. Except as provided in this chapter, any application for a permit required by this chapter shall be made on forms provided by the Director. The application shall be signed by the owner, and shall include a statement, signed by the person holding legal or equitable title to the property that the proposed work is authorized and that the registered professional or contractor submitting the application is authorized to do so. The application shall contain an agreement to be signed by the owner, which shall state that, if the permit sought is approved, the permit work will be completed in accordance with this code, and within the scope of work described in the application and the approved construction documents. The application shall also include an application for a certificate of occupancy, and the name, address, phone and fax numbers, and, if applicable, the registration or license numbers of the architect, general contractor and intended subcontractors. The permit application shall be accompanied by construction documents, fees, deposits, contractor permit bonds and all other documentation required by this section. In addition, the applicant shall provide all such other information and documentation as may be required by the application forms provided by the Director.

B.   Implied Consent. Application for a permit shall constitute the owner's consent to all inspections of the permit work that may be required pursuant to this code, and to the right of all building officers to enter onto the premises during reasonable hours to conduct such inspections.

C.   Application for Permit for Electrical Work. All electrical work shall be performed by, and all applications for permits for any electrical work shall be made by, an electrical contractor licensed to perform electrical work in any municipality in the states of Illinois, Wisconsin or Indiana, using forms provided by the Director. A copy of the electrical contractor's license and permit bond shall be placed on file with the Director before any such permit application shall be accepted by the Village.

D.   Application for Permits for Plumbing Work. All plumbing work shall be performed by, and all applications for permits for plumbing work shall be made by, an Illinois licensed plumber, using forms provided by the Director. A copy of the plumber's license and permit bond shall be placed on file with the Director before any such permit application shall be accepted by the Village.

E.   Survey. All applications for permits, except those pertaining to interior alterations, shall be accompanied by a plat of survey as certified by a land surveyor registered in the state. The survey shall be drawn to scale, showing the actual dimensions and area of the lot to be built upon, the location, size and dimension of existing or proposed buildings, other structures or additions, the location, size and dimensions of other existing or proposed impermeable surfaces, and such other information as may be required by the Director to review the work proposed and to provide for enforcement and administration of this code.

F.   Construction Documents.

1.   General requirements.  All applications for a permit shall be accompanied by no less than two sets of construction documents, which shall include the site plan described in the following subsection G, as well as a proposed construction schedule, the estimated total cost of the work proposed in the format required, and such other technical data or information as may be required by the Director or other building officer.

2.   Signature and seal required.  No permit application shall be accepted for approval consideration unless the construction documents bear the signature and seal of the appropriate design professional, registered in the state.

3.   One- and two-family dwellings.  Construction documents for one- and two-family dwellings shall be prepared by an Illinois registered design professional, except that the Director

Winnetka Village Code

may waive such requirement if the Director determines that the proposed work is either for a minor accessory structure or for minor alterations not involving structural changes, and that the construction documents are sufficiently detailed to establish code compliance and meet all other requirements of this section.

G.  Site plan.

1.  The construction documents shall include a site plan that is drawn to scale and that is in accordance with an accurate boundary line survey.  The site plan shall show, to scale:

    a.  the size and location of new construction and existing structures on the site;

    b.  distances from lot lines;

    c.  the established grades;

    d.  proposed finished grades;

    e.  proposed top of foundation;

    f.  proposed first floor elevations; and

    g.  flood hazard areas, floodways, and design flood elevations.

2..  In the case of demolition, the site plan shall show construction to be demolished and the location and size of existing structures and construction that are to remain on the site or plot.

3.  The building official is authorized to waive or modify the requirement for a site plan when the application for permit is for alteration or repair or when otherwise warranted;

H.  Zoning Calculation Requirements. Any application for a new structure or additions shall be accompanied by completed zoning calculations on forms provided by the Director. The building size and lot coverage submittal shall bear the signature and seal of an appropriate Illinois registered design professional.

I.  Permits in Flood Hazard Areas. Application for a building permit for a structure in a flood hazard area, as defined in Chapter 15.68 of this code, shall also satisfy the requirements set forth in Sections 15.68.050 through 15.68.090 of that chapter.

J.  Applications for Land Grading Permits. Any application for a land grading permit shall be accompanied by a topographical survey of the property for which the permit is sought, which shall depict existing land elevations on the property and the areas immediately adjacent to the property. The application shall also provide such other information as the Village Engineer may deem necessary in order to determine the nature and extent of the grade alteration and its impact on natural stormwater drainage patterns and rates of flow.

K.  Permits for Wireless Telecommunications Services Facilities. All applications for a building permit for wireless telecommunications services facilities, as defined in Title 17 of this code, shall also satisfy the requirements of Section 17.48.010(A) of that title. (Ord. MC-195-97 § 20, 1997; Ord, MC-193-97 § 3, 1997: prior code § 23.13)

(MC-3-2005, Amended, 06/21/2005)


**Section 15.32.060      Permit bond required**

Unless otherwise provided by law, no permit shall be issued to a general contractor, plumbing contractor, electrical contractor or any other contractor identified on the application for building permit for any construction work until the contractor files a License and Permit Bond in the amount of Twenty Thousand Dollars ($20,000) with the Department of Community Development.   In the

event the work performed under the permit is not completed or fails to meet Code requirements of this Chapter and all other applicable ordinances of the Village of Winnetka, the Village shall have the right to make a claim against the bond and, if necessary, the Bond will be forfeited. (Prior code § 23.14)

(MC-3-2005, Amended, 06/21/2005)


**Section 15.32.070       Review of permit application--Requests for additional information.**

Permit application materials shall be examined by the Director or other building officers to determine if the application and construction documents meet the requirements of this code. The Director of other building officers may request such additional information or clarification as they determine is necessary to complete their review of the permit application. If the owner fails to respond to permit plan review requests or comments for a period of three consecutive months, during which no Village Board approvals are requested, all of the permit application documents shall be returned to the owner. The cost of returning such documents shall be deducted from the permit deposits. (Prior code § 23.15)


**Section 15.32.080       Criteria for permit approval.**

A.   Conformity With Code Required. If the Director or any of the required building officers determine that the work proposed in the application does not conform with the requirements of this code, the Director shall not approve the requested permit and shall provide plan review comments to the owner. If the Director and all required building officers determine that the proposed work conforms with the requirements of this code, the Director shall approve the permit.

B.   Trees, Shrubbery and Plants. No building permit for new structures, additions or structural changes or repairs to existing structures shall be issued unless the owner has complied with the provisions of Section 15.28.010 of this code and fees are paid relating to tree enhancement and preservation.

C.   Zoning Conformity Required. No building permit for new structures or additions shall be issued unless the owner has complied with the provisions of the Title 17 of this code relating to zoning regulations. Any property upon which the construction of any new primary structure is to occur, shall be a single lot of record.

D.   Occupation of Public Rights-of-Way. No person shall deposit or store upon any street, parkway or sidewalk, any materials, tools, apparatus or structure designed or intended to be used in any construction activity, unless a street occupation permit is first obtained from the Director.

E.   Work Affecting Public Way and Property; Excavation of Public Rights-of-Way. No permit authorizing any construction activity in, on or above any part of any public right-of-way or other public property shall be issued unless the applicant has first complied with the applicable requirements of Title 12 of this code. No permit authorizing any construction activity that involves the excavation or disturbance of any public right-of-way, including any street, pavement, parkway, sidewalk or crosswalk, or any part, shall be issued unless the applicant has first complied with the applicable requirements of Title 12 of this code, including obtaining all required permits.

F.   Flood Hazard Areas. No building permit for new structures or additions shall be issued for property within a flood hazard area, as defined in Chapter 15.68 of this code, unless the applicant has first complied with all applicable provisions of that chapter.

G.  Drainage of Surface Water. To diminish or remove any adverse impact of surface water drainage and run-off on an adjacent property, no new building, other structure or addition shall be constructed which will result in the surface water run-off, during and following construction of any such improvement, at a rate greater than the water run-off immediately prior to such construction and no building permit shall be issued unless and until adequate provision is made by connecting to available storm sewers or by other means (in the form of drainage swales, detention areas or such other form of water control mechanism as shall be approved by the Director of Public Works) to so limit such water run-off and provide for the proper control and drainage of surface water.

H.  Use of Water. The use of water from Village mains for construction activity shall be governed by such regulations as shall be issued by the Water and Electric Department.

I.  Landmarks. No permit shall be issued for any construction activity affecting an external architectural feature of a building or structure that has been designated a landmark pursuant to Chapter 15.64 of this code unless the Winnetka Landmark Preservation Commission has completed its review of an application for certificate of appropriateness for such work in the manner set forth in Chapter 15.64.

J.  Certificate of Appropriateness of Design. No building permit shall be issued for any work affecting an external architectural feature, site improvement or other work for which a certificate of appropriateness of design is required pursuant to Chapter 15.40, unless the Design Review Board has first issued such certificate.

K.  Development Agreement. The Director shall not issue any permit for new multifamily or commercial primary structures unless the owner executes a development agreement with the Village. The development agreement shall include, without limitation, provisions regarding the following: (1) conditions to be met before building permits are approved; (2) development of the property; (3) independent plan review and inspectional services; (4) public and site improvements; (5) construction traffic and staging area(s); (6) performance sureties; (7) fees and agreements; (8) liability and indemnity of the Village; and (9) plats and easements.

L.  Land Grading. No permit shall be issued for any land grading that will permanently alter the existing land elevation or grade of a parcel of property unless and until the Village Engineer has determined, upon a review of the permit application, that the proposed grading will not cause surface water runoff to be diverted onto or detained on abutting or nearby property, will not significantly alter existing drainage patterns, and will not increase or concentrate stormwater runoff onto abutting or nearby property. (Ord. MC-193-97 §§ 3, 4, 1997; Ord. MC-192-97 § 13, 1997; prior code § 23.16)
(MC-8-2001, Amended, 08/21/2001)

**Section 15.32.090       Approval and issuance of permit.**

A.  Issuance; Payment of Fees. Upon approval of a permit application, the permit shall be issued by the Director to the owner only if all required fees and costs then due from or owed by the owner or any contractor have been paid. No permit shall be in force or effect until it has been issued pursuant to this section.

B.  Approval Stamps.  When the building official issues a permit, the building official shall indicate approval of construction documents in writing or by stamp, as "Approved/Approved as Noted."  Stamps or written notes of approval shall be shown on at least two sets of the approved

construction documents for all aspects of the permit work subject to specific code compliance, depending on the scope of the work, including, but not limited to, building, engineering, fire prevention, forestry, HVAC, mechanical, health and sanitation, electrical and plumbing codes, and the Zoning Ordinance. (Prior code § 23.17)

C.  Delay for Public Convenience and Safety.  The Director of Public Works may order that the issuance of a permit be delayed if the proposed schedule for the construction activity will interfere with previously scheduled works in the public rights-of-way in the immediate vicinity of the subject property, or if the Director of Public Works determines that delay is necessary to prevent undue congestion and noise impacts in the neighborhoods when the traffic or noise from the proposed demolition combined with traffic or noise from previously scheduled public works projects in the immediate neighborhood.

D.  Administrative Delay.  The Director may delay the issuance of a permit for a new primary structure for up to sixty (60) days if one or more building or demolition permits for primary structures have been approved for properties, for which work is continuing, on either side of the right-of-way block face and/or alley along which the property is located, or if the Director determines that a delay is necessary to prevent undue congestion and noise impacts in the neighborhood.
(Amended MC-10-2002, 11/19/02)
(MC-3-2005, Amended, 06/21/2005; MC-10-2002, Amended, 11/19/2002)


**Section 15.32.100        Approved construction documents.**
One set of approved construction documents shall be returned to the applicant and shall be kept at the site of the work, open to inspection by the building official or a duly authorized representative at all reasonable times while the work is in progress. One set of approved construction documents shall be retained by the building official.  (Prior code § 23.18)
(MC-3-2005, Amended, 06/21/2005)


**Section 15.32.110        Partial permit.**
A.  Extraordinary Circumstances Required. Upon determining that extraordinary circumstances exist, the Director may authorize construction activities to commence and proceed for a limited time and for a designated scope of work, prior to the complete issuance of all permits required by this code for the proposed work. The applicant for a partial permit shall furnish the Director with sufficient construction documents to enable the Director to determine that both the work to be commenced and the work proposed to be done subsequently are of a lawful nature. Partial permits shall be issued at the applicant's own risk and without assurance that all permits required by this code for the entire construction activity will be granted.

B.  Revocation of Partial Permit. The Director shall revoke a partial permit, whether or not construction has begun, if it appears that the information provided by the owner is incorrect or inaccurate, if it appears that not all of the permits required by this code will be issued, if the general contractor or any subcontractor being used is disqualified under Section 15.04.080(E), if such a disqualified contractor has been substituted for one named in the application, or if the work violates, cancels or sets aside any provisions of this code. (Prior code § 23.19)

**Section 15.32.120      Limitations of permit work.**

Any permit shall be a license to proceed with the permit work and shall not be construed as authority to violate, cancel or set aside any provision of this code or any other applicable law. (Prior code § 23.20)

**Section 15.32.130      Changes to permit work and construction documents.**

A.  Changes to permit work.  Except as provided in this section, it is unlawful to alter or in any way modify the approved construction documents or to deviate from the permit work.

B.  Revised construction documents.  If, during the progress of the permit work, changes that deviate from the work permitted under the approved construction documents become necessary or ar otherwise considered, the owner shall submit to the Director a certified description of the changes and complete revised construction documents which clearly show all revisions.  Changes to plans can only be made by the design professional who prepared and affixed his/her professional seal to the construction documents.  No work shall proceed under the revised construction documents until the amendments to the original permit(s) and approved construction document(s) have been approved by the Director or other building officers in accordance with this code. (Prior code § 23.21) (MC-3-2005, Amended, 06/21/2005)

**Section 15.32.140      Construction Hours**

A.  General Limitation on Construction Hours.  In addition to the provisions of this code relating to nuisances, and without limiting any other provision of this code, it is unlawful for any person to permit or engage in any construction activity, or to operate or permit the operation of power equipment such as any pile driver, power shovel, pneumatic hammer or derrick, or to operate or permit the operation of any motor vehicles in relation to any such activities at any location in the Village:  (1) on Sundays and holidays; (2) before 9:00 a.m. and after 6:00 p.m. on any Saturday; or (3) before 7:00 a.m. and after 7:00 p.m. on all other days, except as provided in this section.

B.  Additional Limitations in Single Family Residential Zoning Districts.   In addition to the limitations established by subsection A of this section, the demolition of buildings, the hauling of building or demolition materials, and the digging of excavations for building foundations and structures requiring similar excavations, is prohibited on all properties located in single family residential zoning districts on Saturdays, Sundays and holidays.

C.  Electric Generators. Except for public works projects being performed on or in any public right-of-way by or on behalf of the Village or another governmental entity, the use of portable electric generators in construction activity at any time is prohibited.

D.  Exceptions.

1.  Minor construction activity shall be permitted on Sundays and holidays between the hours of 9:00 a.m. and 5:00 p.m.

2.  Construction activity of all kinds shall be permitted on Sundays in any building located in a commercial or multi-family zoning district.

3.  The Director or the Director's designee may issue a written permit temporarily allowing either work during an otherwise prohibited time or the use of a portable electric generator if the Director or the Director's designee finds that an emergency exists or that such work is necessary to correct or prevent an unsafe condition, or if the Village Manager determines that such work is

necessary to preserve or protect the public health, safety or welfare; provided that, any such temporary permit shall be granted only for a specified scope of work and for the period of time that the emergency or other circumstance giving rise to the need for such permit continues.

4. The Director or Director's designee may issue a written permit allowing the use of a portable electric generator during permitted working hours for no more than five days if the Director or Director's designee finds that the construction activity requires the temporary disconnection of service from the Village's electric distribution system.

E. Penalties. In addition to any other penalties provided in this code, a violation of this section shall constitute a sufficient basis for the revocation of any permit issued under the provisions of this code. (Ord. MC-223-99 § 3, 1999: prior code § 23.22)

F. Definition. As used in this Section, the term " holiday" shall mean any or all of the following days: New Years Day (January 1), Memorial Day, the Fourth of July, Labor Day, Thanksgiving Day and Christmas Day (December 25).
(MC-4-2004, Amended, 04/06/2004; MC-15-2003, Amended, 10/07/2003, Subparagraph A; MC-10-2002, Amended, 11/19/2002)

(MC-4-2004, Amended, 04/06/2004; MC-15-2003, Amended, 10/07/2003, Subparagraph A; MC-10-2002, Amended, 11/19/2002)


## Section 15.32.150        Site management.

A. Owner's Responsibility.    The owner shall be responsible for maintaining the site of the permit work and adjoining public ways and public property in a safe and clean condition at all times, as specified in this code, in conditions attached to the building permit, and as the Director may require from time to time in the course of construction. The owner shall also be responsible for maintaining all rights-of-way abutting upon or adjacent to the work site as required in Section 12.20.010 of this code. (Prior code § 23.23)

B. Authority of Director. In addition to any site management requirements provided in this code, the Director, in the exercise of his discretion, may impose such other and additional site management requirements as may be necessary to protect the general public and adjoining public and private property from damage, injury or undue inconvenience arising from the construction. Such site management requirements shall include, but not limited to, requirements pertaining to sanitation facilities, facilities for the removal of debris, construction access, areas for parking and loading, security fencing, litter control and clean-up.
(Ord. MC-13-2004 § 5, 2004)
(MC-13-2004, Amended, 12/07/2004)


## Section 15.32.160        Inspections.

A. Inspections Required.

1. All permit work and the premises on which the permit work is being performed shall be inspected by the Director or the appropriate building officer from time to time during the course of work until a final certificate of occupancy is issued, in order to determine that the permit work is being performed and has been completed in conformity with the approved construction documents and this code. The Director, in his or her discretion, may require that the permit work, or any part of such permit work, be inspected at one or more specific points in the course of the work before the work can proceed further.

Winnetka Village Code

2.  All construction activity, as well as the site of such work, shall also be subject to such inspections, even if no permit has been issued by the Village for such construction activity.

B.  Responsibility of Owner. The owner shall have the continuing responsibility for scheduling all inspections as required by the Director for all permits issued, from the time the permit work begins until such time as the Director and all appropriate building officers have determined that all of the permit work has been completed in conformity with the approved construction documents and this code. All such inspections shall be scheduled at least twenty-four (24) hours in advance. Notwithstanding the foregoing, no owner shall be entitled to request or schedule an inspection for any work or activity unless a valid permit for such work or activity is then in effect.

C.  Rough Inspections.  Prior to insulating and walls or floors, rough inspections of plumbing, electrical and mechanical systems improvements must be conducted and the inspected work approved.

D.  Concealed Work. Any building officer, with approval of the Director, may require any work concealed prior to inspection and approval to be uncovered to the extent the Director deems it necessary to accommodate complete examination and approval of the work.

E.  Correction of Work. Any building officer may require the removal or replacement of any work or equipment which has not been performed, constructed or installed in compliance with this code.

F.  Additional Authority of Electrical Inspector. In addition to the foregoing inspections authority, the electrical inspector shall be authorized: (1) to order the removal or replacement of any installed electrical equipment, temporary or otherwise if, in the opinion of the electrical inspector and the Director, the electrical work performed or electrical equipment installed poses any threat of fire or any threat to the safety of the occupants of a structure or to any members of the public; (2) to order the removal or replacement of any exposed or encountered electrical installations or equipment which does not comply with the provisions of this code; and (3) in cases of emergency, to disconnect the electrical service to any electrical equipment if, in the opinion of the Director or Director of Water and Electric and the electric inspector, such installations or equipment pose any threat of fire or any threat to the safety of the occupants of a structure or to any members of the public.

G.  Inspection Records. Records of inspection shall be made and kept on file in such manner as the Village Manager may direct. (Prior code § 23.24)
(Ord. MC-13-2004 § 6, 2004)
(MC-3-2005, Amended, 06/21/2005; MC-13-2004, Amended, 12/07/2004)


**Section 15.32.170        Foundation inspections--Spot survey.**

A spot survey certified by an Illinois registered land surveyor to show the exact location on the lot and full dimensions of a structure's foundation shall be required for all new primary structures upon completion of the structure's foundation. In addition, the Director may require the owner to submit such a survey, upon the completion of a foundation if the Director determines that such survey is necessary for an accurate inspection of the foundation and its size and location. When a spot survey is required by the Director or this section, no further work shall be done, other than installing drain tile and waterproofing the foundation, until the foundation has been inspected and the spot survey has been approved by the Village. (Prior code § 23.25)

**Section 15.32.180        Posting of permit.**

The building permit placard and all other permits issued for the work shall be prominently displayed in a conspicuous location that is visible from the street, and shall be kept on the site until the completion of the project. (Prior code § 23.26)

(MC-3-2005, Amended, 06/21/2005)


**Section 15.32.190        Expiration, revival and extension of permits.**

A.  Permit expiration.  Every permit approved pursuant to this chapter shall expire upon the occurrence of the earliest of any of the following:

1.  If the permit has not been issued and permit work begun within 3 months after the date the permit is approved;

2.  If substantial progress is not made on the permit work within 6 months after the date the permit is approved;

3.  If the permit work is not completed within 15 months after the date the permit is approved; or

4.  If the permit work is suspended, interrupted or abandoned for a period of three months after it has commenced.

B.  Forfeiture of fees and deposits upon permit expiration.  Upon the expiration of any permit for any cause prior to issuance of the final certificate of occupancy, all retained fees and deposits shall be forfeited and any permit bonds shall be subject to forfeiture upon approval of such forfeiture by the Council.

C.  Effect of permit expiration.

1.  Upon the expiration of any permit, for any reason, the right of the permittee to perform further construction activity on, or to obtain any inspections of, the work that was the subject of the permit shall cease, unless and until the permit is first revived subject to the terms and conditions of subsection E of this section.

.  Notwithstanding the foregoing, the Director shall have the discretion and authority to order the permittee to secure the construction site, to restore the construction site and to restore any public property or rights-of-way used in or affected by the work that was subject to the expired permit.  Any construction site that a permittee allows to remain unsecured or unrestored after receiving such an order from the Director, and any public right-of-way or property that the permittee allows to remain unrestored after receiving such an order from the Director, shall constitute a public nuisance under chapter 9.16 of this code.

D.  Permit extension.  Subject to the terms and conditions of this section, a permittee holding an unexpired permit may apply for a permit extension of up to 9 months.

E.  Permit revival.  Any application for a permit to allow the completion of any work that was the subject of a permit that has expired, shall be deemed a revival of the prior permit.

F.  Standards for permit revival or extension.  All applications to revive or extend a permit shall be made in writing and shall be subject to the following terms and conditions.

1.  The application shall include a detailed explanation of the reasons the revival or extension is necessary, and the reasons why the construction activity did not proceed within the time

periods specified in subsection A of this section, which detailed explanation shall include the date permit work began, the dates during which work was suspended or interrupted, and the last date on which work was performed, as well as the reasons for each such suspension, interruption or abandonment of the work.

2.   The application shall include a proposed, revised construction schedule.

3.   The application shall be accompanied by all applicable fees, which shall be set by resolution of the Village Council.  The Village reserves the right to impose additional fees and to require additional deposits for the revival or extension of any permit.

4.   Upon receiving a completed application for permit revival, the Director shall provide written notice of the application to the owners of record of all parcels of property located within 250 feet of the property that is the subject of the application,  The notice shall include a description of the remaining work and the proposed revised construction schedule.  The owners entitled to receive such notice may provide written comment on the requested permit revival.  The written comments shall be addressed to the Director, who shall consider such comments in determining the length of time the permit shall be in effect, and what, if any, site management requirements should be imposed as a condition of the permit.

5.   The Director may require such additional documentation as he deems reasonably necessary to provide a complete description of the remaining work, construction methods and construction schedule.

G.   Performance security.  In addition to payment of required fees, and in addition to any other form of security required by this code, the applicant shall provide additional performance security, in an amount that the Director determines is adequate to secure the timely completion of the permit work and restoration of the work site and affected public property and rights-of-way.

H.   Term of permit.  The Director shall set the term of all revived and extended permits, after considering the nature of the work to be completed, the impact of the construction on the adjoining public ways and properties, the number and length of interruptions in the progress of the work, and the reasons the work was not completed under the original permit.  In no event shall the term of a revived or extended permit allow a period of more than 24 months from the date of the approval of the original permit, unless such additional term is approved by the Village Manager.
 (Ord. MC-13-2004 § 7, 2004)
(MC-13-2004, Amended, 12/07/2004)

**Section 15.32.200        Repealed by MC-13-2004**

Winnetka Village Code

# Chapter 15.36

## CERTIFICATES OF OCCUPANCY

**Sections:**

**15.36.010        Certificate of occupancy required.**
**15.36.020        Application for certificate.**
**15.36.030        Occupancy permit procedures.**
**15.36.040        General criteria for issuance of certificate.**
**15.36.050        Criteria for change of use or occupancy.**
**15.36.060        Posting of certificate of occupancy**
**15.36.070        Temporary certificate of occupancy.**

**Section 15.36.010        Certificate of occupancy required.**

A certificate of occupancy, indicating completion of the permit work or other construction activity, shall be obtained from the Village, as provided in this section, prior to any use or occupancy of a structure.
(MC-3-2005, Amended, 06/21/2005)

**Section 15.36.020        Application for certificate.**

 The application for a building permit shall also be deemed to be an application for certificate of occupancy. Where no building permit is required, application for a certificate of occupancy shall be made directly to the Director, in writing.
(MC-3-2005, Renumbered, 06/21/2005)

**Section 15.36.030        Occupancy permit procedures.**

Upon completion of the permit work or other construction activity, and upon the written request of the owner, the Director shall cause the permit work to be inspected. If, upon inspection, the Director determines that the permit work has been completed in conformity with the approved construction documents, and there are no pending building or departmental orders or uncorrected violations of this code or statutory law, then the Director shall issue a certificate of occupancy. No work shall be inspected if any permit authorizing the work for which the inspection is requested has lapsed as provided in Section 15.32.190. If, upon inspection, the permit work does not qualify for a certificate of occupancy, the Director shall provide a written notice to the owner stating the reasons why a certificate of occupancy cannot be issued. If such written notice has not been given to the owner a certificate of occupancy has not been issued within a fourteen (14) days period, the certificate shall be deemed to have been denied.
(MC-3-2005, Renumbered, 06/21/2005)

**Section 15.36.040        General criteria for issuance of certificate.**

No certificate of occupancy for any permit work shall be issued unless (1) the Director has determined that the work has been completed in accordance with the permits and approved construction documents; (2) the permit work has been routinely inspected, as required by the Director in accordance with this code, and is found to be in compliance with this code and in conformity with the approved construction documents and, where applicable, with a certificate of appropriateness of

design issued for the permit work. The Director may require as-built drawings or surveys certified by an appropriate Illinois registered professional if he or she determines that such documentation is necessary for approval of the permit work. The Director may require a certificate of completion and compliance from an appropriate Illinois registered design professional prior to approval of the permit work.
(MC-3-2005, Renumbered, 06/21/2005)

**Section 15.36.050        Criteria for change of use or occupancy.**

No change shall be made in the use or occupancy of any land, structure or portion of such land or structure used wholly or partially for nonresidential purposes, unless the Director has first issued a certificate of occupancy for such change. No certificate of occupancy shall be issued regarding a change in use or occupancy of such land, structure or portion of such land or structure for which a building permit is not required unless (1) the proposed use and occupancy conform to all applicable provisions of this code; and (2) the structural, electrical, mechanical, health and sanitation, plumbing, HVAC and fire safety elements in the subject unit and in all common interior and exterior areas are inspected and all health and life-safety requirements are approved, as required by this code.
(MC-3-2005, Renumbered, 06/21/2005)

**Section 15.36.060        Posting of certificate of occupancy**

Every certificate of occupancy required as a result of a change in use or occupancy for home occupations, multifamily uses and all nonresidential uses, whether issued in connection with a building permit or not, shall be permanently posted in a prominent place on the premises at all times.
(MC-3-2005, Renumbered, 06/21/2005)

**Section 15.36.070        Temporary certificate of occupancy.**

    A.  Authority of Director.  Prior to final completion and full compliance of all permit work and the issuance of a final certificate of occupancy, a temporary certificate of occupancy may be issued, in the Director's discretion, provided all of the conditions in this section have been met.

    B.  Term of temporary occupancy permit.  The term of any temporary occupancy permit shall be set by the Director in the exercise of his or her discretion, after considering the nature of the work to be completed and whether the ability to complete the work is affected by weather conditions.  The temporary occupancy permit shall be for the shortest period of time necessary to complete the permit work, as determined by the Director..

    C.  Conditions for temporary occupancy permit.

        1.  The request for temporary certificate of occupancy is made in writing and includes a detailed completion schedule;

        2.  All applicable Village departments and building officers agree that the temporary occupancy will not create a hazard to the health, safety and welfare of the structure's occupants or the general public;

        3.  All standards for habitability, sanitation, life and fire safety have been satisfied;

        4.  A cash deposit has been posted with the Village in an amount that the Director has determined is sufficient to secure final completion of all outstanding work in  compliance with this code and the terms of the temporary certificate of occupancy.  The cash deposit shall be retained until

Winnetka Village Code

final completion of the outstanding work.  The cash deposit shall be forfeited if final completion of all outstanding work does not occur before the temporary occupancy permit expires.

5.   The applicant is not then the holder of a temporary certificate of occupancy for any other site in the Village;

6.   The temporary certificate of occupancy is not for the partial occupancy of a new single-family residence; and

7.   The temporary certificate of occupancy contains a statement, acknowledged in writing by the owner, that the certificate is not transferable without the approval of the Director. The Director shall not approve the transfer of a temporary certificate of occupancy unless the transferee agrees, in writing, to complete the permit work in accordance with the approved construction documents, the provisions of this code, and the conditions of the temporary certificate of occupancy.

8.   The cash deposit shall be retained during any such extension. (Prior code § 23.33)
(MC-3-2005, Amended, 06/21/2005)