**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| LABELLA WINNETKA, INC., | |
| Plaintiff, | |
| vs. | Case No.:     07 CV 6633 |
| THE VILLAGE OF WINNETKA and DOUGLAS WILLIAMS, | Judge Kendall<br>Magistrate Judge Cole |
| Defendants. | |

**LABELLA WINNETKA, INC.'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff LaBella Winnetka, Inc. ("Plaintiff"), by and through its attorneys, Dykema Gossett PLLC, moves pursuant to Fed. R. Civ. P. 6(b) for an enlargement of time for Plaintiff to respond to Defendants' Motion to Dismiss.   In support of its motion, Plaintiff states the following:

1.     Plaintiff filed its Complaint on November 26, 2007.

2.     Plaintiff filed its Rule 26(D) Motion to Initiate and Accelerate Discovery on December 10, 2007.

3.     On December 13, 2007, all parties present, the Honorable Judge Kendall ordered the Defendants to answer or otherwise respond to the complaint by December 21, 200[7], and that if a responsive motion was filed on December 21, that the Plaintiff's Response to that motion would be due by January 4, 2008, and the Reply due by January 11, 2008. (Document # 18).

4.     Defendants filed their Motion to Dismiss Pursuant to Rule 12b6 on December 21, 2007.

5.      Counsel for the Plaintiff requires an enlargement of time of one business day to January 7, 2008 to respond to the Defendants' motion, given the recent holidays and staff availability.

6.      On January 4, 2008, counsel for the Defendants indicated that they object to the motion for enlargement of time. This is Plaintiff's first request for enlargement of time.

WHEREFORE, Plaintiff LaBella Winnetka, Inc. requests that this Court grant it an enlargement of time up to and including January 7, 2008, in which to file its Response to Defendants' Motion to Dismiss Pursuant to Rule 12b6, and grant such further and additional relief as this Court deems just and appropriate.

Dated: January 4, 2008                    Respectfully submitted,


                                          By:    /s/ Dean A. Dickie
                                                 One of the Attorneys for Plaintiff
Dean A. Dickie, ARDC No. 0631744                 LaBella Winnetka, Inc.
Lee T. Hettinger, ARDC No. 1206397
Sara C. Arroyo, ARDC No. 6288962
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 876-1700