**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Labella Winnetka, Inc.
                          Plaintiff,

v.                                        Case No.: 1:07−cv−06633
                                                  Honorable Virginia M. Kendall

Village of Winnetka, The, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 4, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Plaintiff's Motion for extension of time to file response/reply [25] is granted. The previously−set briefing schedule on the motion to dismiss [23] is vacated and reset as follows: Responses due by 1/7/2008. Replies due by 1/14/2008. The 1/9/2008 hearing date noticed for said motion for extension is stricken; no appearance is required on that date. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.