## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
### Eastern Division

Labella Winnetka, Inc.
                              Plaintiff,

v.                                          Case No.: 1:07−cv−06633
                                                  Honorable Virginia M. Kendall

Village of Winnetka, The, et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 4, 2008:

      MINUTE entry before Judge Virginia M. Kendall :On the Court's own motion, the Initial Status Hearing set for 1/31/08 by minute order dated 12/3/07 [8] is stricken. The Status and Motion Hearing previously set for 1/22/08 is also stricken and is reset for Thursday, 2/14/2008 at 9:00 AM. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.