# Chapter 2.44

## COMMUNITY DEVELOPMENT DEPARTMENT

**Sections:**

**2.44.010**     **Creation of Department.**
**2.44.020**     **Functions and Authority.**
**2.44.030**     **Community Development Director.**
**2.44.040**     **Zoning Administrator.**

**Section 2.44.010     Creation of Department.**
There is created a Community Development Department, an administrative department of the Village, which shall consist of a Director of Community Development and such other employees as may be provided from time to time by the Village Council.
(MC-6-2005, Amended, 09/20/2005)


**Section 2.44.020     Functions and Authority.**
The Community Development Department shall be responsible for the administration and enforcement of all ordinances, rules and regulations of the Village relating to the construction, erection, alteration, maintenance, repair, removal and inspection of any building, wall, structure or portions of such building, wall or structure, and all accessories to such building, wall or structure. The functions and authority of the Department of Community Development shall include, but not be limited to, the following:

   A.  The administration and enforcement of the provisions of Chapter 15.64 (Landmark Preservation), Title 16 (Subdivisions), Title 17 (Zoning), Title 15 (Buildings and Construction), Chapter 15.60 (Signs), and Chapter 15.56 (Private Swimming Pools and Trampolines) of the Village code, and of Chapter 9.16 (Nuisances) of the Village code, insofar as it relates to the subject matter of the foregoing chapters. For purposes of this Section 2.44.010, the foregoing chapters of the Village code shall be referred to collectively as the building, zoning and development ordinances;

   B.  The review of applications for permits required by the building, zoning and development ordinances of the Village, and the issuance of such permits;

   C.  The inspection of all work relating to the construction, erection, alteration, maintenance, repair, removal and inspection of any building, wall, structure or portions of such building, wall or structure, and all accessories to such building, wall or structure;

   D.  The issuance of citations and stop work orders for any work relating to the construction, erection, alteration, maintenance, repair, removal and inspection of any building, wall, structure or portion of such building, wall or structure, and all accessories to such building, wall or structure, when it is determined that such work violates any ordinance, rule, regulation, permit or license of the Village;

   E.  The performance of the duties and functions of building officers, as defined and provided in Title 15 of this code;

   F.  The review of all applications submitted to the Village for amendments to the official map or to the text of the zoning ordinance, for zoning variations, special use permits and any other zoning relief, for

land subdivisions and consolidations, and for demolition permits, certificates of appropriateness, sign variations and local landmark designations;

G. Advising and assisting the Building Review Committee, Design Review Board, Landmark Preservation Commission, Plan Commission, Sign Appeal Board and Zoning Board of Appeals in the performance of their functions and serving as liaison between the Village administration and such committees, boards and commissions;

H. Exercising the powers of and performing the duties conferred on planning departments by Article 11, Division 12 of the Illinois Municipal Code (65 ILCS 5/11-12-1, et seq.);

I. Filing with the appropriate governmental offices all reports required by Village ordinance or by state or federal law, rule or regulation pertaining to community development, landmark preservation and construction and demolition activity within the Village, including but not limited to filing reports of permit variations and certificates of occupancy; and

J. The performance of all such other duties relating to zoning, planning, land use, building construction and community development in the Village as may be assigned by the Village Manager.
(MC-6-2005, Amended, 09/20/2005)


**Section 2.44.030      Community Development Director.**

A. Creation; Appointment. There is created the office of Director of Community Development, an administrative officer of the Village. The Director of Community Development shall be appointed by the Village Manager.

B. Compensation. The compensation of the Director of Community Development shall be fixed by the Village Manager with the approval of the Village Council.

C. Powers and Duties. The Director of Community Development shall be subject to the control and direction of the Village Manager and shall be head of the Community Development Department. Subject to the approval of the Village Manager, the Director of Community Development shall have control over all of the property and employees of the Community Development Department, and shall have the power to appoint and remove employees as required for the efficient operation of the Department. In addition, the Director of Community Development shall have the following duties, functions and responsibilities:

   1. To perform, or to cause to be performed, the duties and functions of the Director, as defined and provided in Title 15 of this code;
   2. To perform, or cause to be performed, the duties and functions of the Zoning Administrator, as created by this chapter and as defined and provided in Title 17 of this code;
   3. To supervise and direct all personnel of the Department in the performance of their respective duties and responsibilities, including all building officers, as defined in Title 15 of this code, except that the Director shall not have such authority over the Director of Public Works, the Fire Chief and the Village Engineer;
   4.. To administer and enforce all ordinances, rules, regulations, permits or licenses of the Village pertaining to zoning, planning, land use, building construction and community development in the Village, which shall include, but not be limited to, the review of applications for permits for all such work, the issuance of all such permits, the inspection of all such work, and the issuance of citations and stop work orders for any such work performed in violation of any ordinance, rule, regulation, permit or license of the Village;

      5. To review model codes and regulations pertaining to building and construction standards, including all such codes which the Village has adopted by reference, and to recommend amendments to the building, zoning and development ordinances so as to assure that the Village's regulations meet current industry standards; and

      6.. To perform all such other duties relating to zoning, planning, land use, building construction and community development in the Village as may be assigned by the Village Manager. (Ord. MC-228-99 § 1 (part), 1999: Ord. MC-192-97 § 2, 1999: prior code § 3.16)
(MC-6-2005, Amended, 09/20/2005)

**Section 2.44.040**      **Zoning Administrator.**

    A. Creation of Office of Zoning Administrator. There is created the office of Zoning Administrator, an administrative office of the Village. The Director of Community Development or his designee shall serve as Zoning Administrator for the Village.

    B. Duties of the Zoning Administrator. The Zoning Administrator shall be responsible for administering all aspects of land use, land development, zoning, and planning within the Village, as provided in Titles 16 and 17 of this Code.
(MC-6-2005, Added, 09/20/2005)