IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABELLA WINNETKA, INC., | |
| Plaintiff, | |
| vs. | Case No.:  07 CV 6633 |
| THE VILLAGE OF WINNETKA and DOUGLAS WILLIAMS, | Judge Virginia Kendall<br>Magistrate Judge Cole |
| Defendants. | |

## MOTION FOR LEAVE TO FILE A SURREPLY BRIEF

Plaintiff LaBella Winnetka, Inc. ("LaBella"), by and through its attorneys, moves for leave to file a Surreply Brief in response to defendants' Reply Brief filed in support of their Motion to Dismiss. In support of this motion, LaBella states as follows:

1. LaBella has filed a four-count Complaint against the defendant Village of Winnetka and defendant Douglas Williams, alleging deprivation of constitutional rights of equal protection and substantive due process. The Complaint also alleges claims against the defendants under Illinois law.

2. In response to the Complaint, the defendants filed a Rule 12(b)(6) motion to dismiss, requesting dismissal of this case with prejudice and without any opportunity for discovery relating to the constitutional and State claims raised in the Complaint.

3. The plaintiff filed a response in opposition to the motion to dismiss, which pointed out the inadequacies and lack of merit in the defendants' Rule 12(b)(6) motion, and demonstrated that the plaintiff's Complaint states valid and well-grounded constitutional and state claims against both defendants, and that the plaintiff is entitled to move forward on its Complaint and to take discovery in this case.

- 2 –

4.    The defendants filed a Reply Brief on January 14, 2008, in which they cite numerous new case authority – nineteen new cases in all - in support of their motion including several opinions decided by this Court.

5.    Given the defendants' reliance on new authority including opinions decided by this Court, the plaintiff asks leave to file a surreply to address the new authority which the defendants have cited in their Reply Brief.

WHEREFORE, plaintiff LaBella Winnetka, Inc., asks leave to file a surreply in opposition to the defendants' Motion to Dismiss, for seven days to file the surreply, and for such further relief as this Court deems appropriate.

Dated:  January 23, 2008               Respectfully submitted,

                                       LABELLA WINNETKA, INC.


                                       By:  /s/ Lee Hettinger
Dean A. Dickie, ARDC No. 0631744            One of the Plaintiff's Attorneys
Lee T. Hettinger, ARDC No. 1206397
Sara C. Arroyo, ARDC No. 6288962
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 876-1700

**Certificate of Service**

    I, Lee T. Hettinger, hereby certify that on January 23, 2008, I electronically filed the foregoing Plaintiff's Motion for Leave to File a Surreply Brief with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Kathleen Ann Reid, Esq.
>Matthew Richard Schreck, Esq.
>Ray Hunter Rittenhouse, Esq.
>Sara Kathryn Forsmark, Esq.
>MULHERIN, REHFELDT & VARCHETTO, P.C.
>211 South Wheaton Avenue
>Suite 200
>Wheaton, IL 60187
>Tel: (630) 653-9300
>Fax: (630) 653-9316
>
>Katherine S. Janega, Esq.
>Village Attorney
>VILLAGE OF WINNETKA
>510 Green Bay Road
>Winnetka, IL 60093
>Tel: (847) 501-3180
>Fax: (847) 507-3180
>
>James A. Clark, Esq.
>SCHIFF HARDIN LLP
>6600 Sears Tower
>Chicago, IL 60606
>Tel: (312)258-5500
>Fax (312)258-5600

                                                /s/ Lee Hettinger