**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

LABELLA WINNETKA, INC.,

        Plaintiff,

      vs.                    Case No.:     07 CV 6633

THE VILLAGE OF WINNETKA and      Judge Kendall
DOUGLAS WILLIAMS,              Magistrate Judge Cole

        Defendants.

## ORDER

    This matter is before the Court on Plaintiff's Motion for Leave to File Surreply in response to defendants' Reply Brief filed in support of their Motion to Dismiss,

    Having considered the motion, the Court hereby **GRANTS** the Motion for Leave to File Surreply in response to defendants' Reply Brief filed in support of their Motion to Dismiss.  The Court **ORDERS** the Plaintiff to **FILE** its Surreply in within ___ days of this Order.

    SO ORDERED this ____ day of _____, 2008.


                               _____
                               THE HONORABLE JUDGE KENDALL
                               UNITED STATES DISTRICT COURT


cc:    All counsel of record