IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABELLA WINNETKA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 C 6633 |
| THE VILLAGE OF WINNETKA and | ) | |
| DOUGLAS WILLIAMS, | ) | Judge Kendall |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
SURREBUTTAL *INSTANTER*** 

Defendants, by their attorneys, request leave to file the attached Surrebuttal in support of their Motion to Dismiss. In support of this Motion, Defendants state as follows:

1. After Defendants' Motion to Dismiss was fully briefed, Plaintiff sought and obtained leave to file a Surreply. Plaintiff's motion for leave to file that brief was premised on the need to respond to nineteen new cases cited in Defendants' Reply Brief.

2. The Surreply subsequently filed, however, largely failed to address the newly-cited cases but instead misconstrued the issues and cases that were first raised in Defendants' <u>opening</u> brief. LaBella's initial Response, for example, had ignored the principal case cited by Defendants for dismissal of LaBella's substantive due process claim, *DeShaney v. Winnebago County Dep't of Social Servs*. LaBella's Surreply for the first time attempted to distinguish that pivotal case but, as explained in the proposed Surrebuttal, profoundly misunderstands the case. The Surreply's mistakes and misdirection on other issues are just as severe and also call for Defendants' response. "The movant is generally accorded the right to file the final brief." *C&F Packing Co. v. Doskocil Co.,* 1989 WL 135206 at *3 (N.D. Ill.) (Rovner, J.).

3. Defendants do not seek to restate their prior arguments but simply to respond briefly to the newly-filed Surreply. The 4-page Surrebuttal attached hereto as Exhibit A is therefore limited to explaining the errors in LaBella's 5-page Surreply.

WHEREFORE, the Defendants, the Village of Winnetka and Douglas Williams, respectfully request that this Court grant the Defendants' Motion for Leave to File Surrebuttal *Instanter*.

/s/ James A. Clark
One of the Attorneys for Defendants,
the Village of Winnetka and Douglas Williams

Kathleen A. Reid
Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Avenue, Suite 200
Wheaton, Illinois 60187
Tel.: (630) 653-9300
Facsimile: (630) 653-9316
kreid@mrvlaw.com

Katherine S. Janega
Village Attorney
Village of Winnetka
510 Green Bay Road
Winnetka, Illinois 60093
Tel.: (847) 716-3544
Facsimile: (847) 501-3180
kjanega@winnetka.org

James A. Clark
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
Tel.: (312) 258-5500
Fax: (312) 258-5600
jclark@schiffhardin.com

## **CERTIFICATE OF SERVICE**

       I, James A. Clark, an attorney, certify that on Monday, February 11, 2008, a copy of the foregoing **Defendants' Motion for Leave to File Surrebuttal** *Instanter* was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following:

Dean A. Dickie
Dykema Gossett, PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 627-2149
Fax: (866) 546-9546
Email: ddickie@dykema.com

Lee T. Hettinger
Dykema Gossett, PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Email: lhettinger@dykema.com

Sara C. Arroyo
Dykema Gossett, PLLC
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 627-5600
Email: sarroyo@dykema.com

                                                        /s/ James A. Clark

CH2\2324598.1