IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABELLA WINNETKA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 C 6633 |
| THE VILLAGE OF WINNETKA and | ) | |
| DOUGLAS WILLIAMS, | ) | Judge Kendall |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

## NOTICE OF MOTION

| Dean A. Dickie | Lee T. Hettinger | Sara C. Arroyo |
|---|---|---|
| **Dykema Gossett, PLLC** | **Dykema Gossett, PLLC** | **Dykema Gossett, PLLC** |
| 10 South Wacker Drive | 10 South Wacker Drive | 10 South Wacker Drive |
| Suite 2300 | Suite 2300 | Suite 2300 |
| Chicago, IL  60606 | Chicago, IL  60606 | Chicago, IL  60606 |
| (312) 627-2149 | (312) 876-1700 | (312) 627-5600 |
| Fax: (866) 546-9546 | Fax: (866) 546-9546 | Fax: (866) 546-9546 |
| Email:  ddickie@dykema.com | Email:  lhettinger@dykema.com | Email:  sarroyo@dykema.com |

    PLEASE TAKE NOTICE that on Thursday, February 14, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Virginia Kendall, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, Courtroom 1719, or any judge sitting in her stead, and then and there present **Defendants' Motion for Leave to File Surrebuttal *Instanter***, a copy of which is attached hereto and herewith served upon you.

2

Dated: February 11, 2008

                                              By:   /s/ James A. Clark
                                                       One of the Attorneys for Defendants
                                                       The Village of Winnetka and
                                                       Douglas Williams

| Kathleen A. Reid | Katherine S. Janega | James A. Clark |
|---|---|---|
| **Mulherin, Rehfeldt & Varchetto, P.C.** | Village Attorney | **Schiff Hardin LLP** |
| 211 South Wheaton Avenue | **Village of Winnetka** | 6600 Sears Tower |
| Suite 200 | 510 Green Bay Road | Chicago, Illinois 60606 |
| Wheaton, Illinois 60187 | Winnetka, Illinois 60093 | Tel: (312) 258-5500 |
| Tel: (630) 653-9300 | Tel.: (847) 716-3544 | Fax: (312) 258-5600 |
| Fax: (630) 653-9316 | Fax: (847) 501-3180 | jclark@schiffhardin.com |
| KReid@MRVLaw.com | KJanega@winnetka.org | |

CH2\2325634.1