IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABELLA WINNETKA, INC., | |
| Plaintiff, | Case No.: 07 CV 6633 |
| vs. | Judge Virginia Kendall<br>Magistrate Judge Cole |
| THE VILLAGE OF WINNETKA and DOUGLAS WILLIAMS, | PLAINTIFF DEMANDS TRIAL BY JURY |
| Defendants. | |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

Plaintiff LaBella Winnetka, Inc. ("LaBella"), by its attorneys, moves for leave to file its Amended Complaint in this case. In support of its motion, LaBella states as follows:

1. LaBella has filed a Complaint in this case, naming the Village of Winnetka ("Village") and Douglas Williams ("Williams"), the Village manager, as defendants.

2. LaBella recently learned that the Village and Williams unlawfully cancelled LaBella's Food Dealer License, without cause, without notice, and without a hearing. In addition, the Village and Williams have purportedly cancelled LaBella's Retail Liquor License even though it does not expire until March 31, 2008, and LaBella has a right to renew it. The facts will show that LaBella first received these licenses from the Village in 1993, and that the Village has renewed LaBella's licenses every year for the past 14 years until these recent unlawful actions by the Village and Williams.

3. LaBella asks leave to file its Amended Complaint which adds Count V which is based on the Village's and Williams' unlawful cancellation of LaBella's food Dealer License and their purported cancellation of LaBella's Retail Liquor License which is valid through March 31, 2008.

CHICAGO\2428579.1
ID\LTH

4.   These actions by the Village and Williams are unlawful and are in violation of the due process clause of the 14th Amendment.

5.   LaBella is also filing a motion for a preliminary injunction to enjoin any attempted cancellation of LaBella's licenses, and a motion to expedite discovery so LaBella can be heard promptly on its motion for preliminary injunction to enjoin the cancellation of its licenses.

WHEREFORE, for the above reasons, LaBella asks for leave to file its Amended Complaint and for such further relief as this Court deems appropriate.

Dated:  March 11, 2008            Respectfully submitted,

                                  By:   Dean A. Dickie
                                        One of the Attorneys for Plaintiff
Dean A. Dickie, ARDC No. 0631744        LaBella Winnetka, Inc.
Lee T. Hettinger, ARDC No. 1206397
Sara C. Arroyo, ARDC No. 6288962
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 876-1700