IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABELLA WINNETKA, INC., <br><br>    Plaintiff, <br><br>    vs. <br><br> THE VILLAGE OF WINNETKA and DOUGLAS WILLIAMS, <br><br>    Defendants. | Case No.:    07 CV 6633 <br><br> Judge Virginia Kendall <br> Magistrate Judge Cole |

### RULE 26(D) MOTION TO INITIATE AND ACCELERATE DISCOVERY WITH RESPECT TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff LaBella Winnetka, Inc. ("LaBella"), by and through its attorneys, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, respectfully moves for entry of an order permitting it to initiate and seek discovery in this case prior to a Rule 26(f) conference and to set an accelerated discovery schedule with respect to its Motion for Preliminary Injunction. In support of this motion, LaBella states as follows:

LaBella has filed a Complaint in this case, naming the Village of Winnetka ("Village") and Douglas Williams ("Williams"), the Village manager, as defendants.

LaBella recently learned that the Village and Williams unlawfully cancelled LaBella's Food Dealer License, without cause, without notice, and without a hearing. In addition, the Village and Williams have purportedly cancelled LaBella's Retail Liquor License even though it does not expire until March 31, 2008, and LaBella has a right to renew it. The facts will show that LaBella first received these licenses from the Village in 1993, and that the Village has renewed LaBella's licenses every year for the past 14 years until these recent unlawful actions by the Village and Williams.

As a result of these recent events, LaBella has filed separately a motion for a preliminary injunction to enjoin any attempted cancellation of LaBella's licenses. LaBella respectfull moves to expedite discovery so LaBella can be heard promptly on its motion for preliminary injunction to enjoin the cancellation of its licenses.

LaBella also has filed separately a motion seeking leave to file its Amended Complaint which adds Count V which is based on the Village's and Williams' unlawful cancellation of LaBella's food Dealer License and their purported cancellation of LaBella's Retail Liquor License which is valid through March 31, 2008.

These actions by the Village and Williams are unlawful and are in violation of the due process clause of the 14th Amendment.

Currently, LaBella's Rule 26(d) motion to accelerate discovery is pending before this court. But, because of this recently learned information, this motion is brought in light of the validity of LaBella's license until March 31, 2008 and the evidenced intentions of the Village and Williams to entirely disregard LaBella in favor of Corner Cooks, the restaurant who is assuming LaBella's leased-space and attaining a liquor license from the Village for such space. As a result, time is of the essence and LaBella asks this Court to enter an order permitting LaBella to initiate discovery with respect to its Motion for Preliminary Injunction to the defendants and to non-parties before the Rule 26 conference.

Rule 26(d) provides in material part that this Court may enter an order permitting parties to seek discovery before a Rule 26(f) conference, and the circumstances here clearly warrant the granting of such relief to LaBella.

The discovery sought on this accelerated basis includes the issuance of interrogatories and document requests, service of subpoenas on non-parties, and depositions of persons with

knowledge of the facts and circumstances surrounding the cancellation of LaBella's liquor license. This discovery can be accomplished within the next fifteen days, should the court permit.

WHEREFORE, plaintiff LaBella Winnetka, Inc., respectfully asks this Court to enter an order permitting LaBella to seek and initiate discovery before a Rule 26(f) conference, setting an accelerated discovery schedule in this matter for purposes of Plaintiff's motion for preliminary injunction, and for such other and further relief as this Court deems appropriate under the circumstances.

Dated:  March 11, 2008

Respectfully submitted,

LABELLA WINNETKA, INC.

By:  /s/ Dean A. Dickie
     One of the Plaintiff's Attorneys

Dean A. Dickie, ARDC No. 0631744
Lee T. Hettinger, ARDC No. 1206397
Sara C. Arroyo, ARDC No. 6288962
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 876-1700

CHICAGO\2430024.1
ID\SCA