IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABELLA WINNETKA, INC.,<br><br>         Plaintiff,<br><br>     vs.<br><br>THE VILLAGE OF WINNETKA and DOUGLAS WILLIAMS,<br><br>         Defendants. | Case No.:     07 CV 6633<br><br>Judge Virginia Kendall<br>Magistrate Judge Cole |

## NOTICE OF MOTION

| Mulherin, Rehfeldt & Varchetto, P.C.<br>211 South Wheaton Avenue<br>Suite 2100<br>Wheaton, IL 60187<br>Tel: (630) 653-9300<br>Fax: (630) 653-9316 | Katherine S. Janega, Esq.<br>Village Attorney<br>VILLAGE OF WINNETKA<br>510 Green Bay Road<br>Winnetka, IL 60093<br>Tel.: (847) 716-3544<br>Fax: (847) 501-3180 | James A. Clark<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL 60606<br>Tel: (312) 258-5500<br>Fax: (312) 258-5600 |

    PLEASE TAKE NOTICE THAT on Monday, March 24, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Virginia Kendall, in the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, Courtroom 1719, or any judge sitting in her stead, and then and there present **Plaintiff's Motion for Accelerated Discovery with Respect to Plaintiff's Motion for Preliminary Injunction** a copy of which is attached hereto and herewith served upon you.

Dated:  March 11, 2008                Respectfully submitted,


                                By:    /s/ Dean A. Dickie
                                       One of the Attorneys for Plaintiff
Dean A. Dickie, ARDC No. 0631744       LaBella Winnetka, Inc.
Lee T. Hettinger, ARDC No. 1206397
Sara C. Arroyo, ARDC No. 6288962
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 876-1700

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, certifies that she caused a true and correct copy of the foregoing **NOTICE OF MOTION** and Motion referenced therein to be served upon all counsel of record and with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

| | | |
|---|---|---|
| Kathleen Ann Reid<br>Matthew Richard Schrek<br>Ray Hunter Rittenhouse<br>Sara Kathryn Forsmark<br>Mulherin, Rehfeldt & Varchetto, P.C.<br>211 South Wheaton Avenue, #200<br>Wheaton, IL 60187<br>Tel: (630) 653-9300<br>Fax: (630) 653-9316 | Katherine S. Janega, Esq.<br>Village Attorney<br>Village of Winnetka<br>510 Green Bay Road<br>Winnetka, IL 60093<br>Tel: (847) 501-3180<br>Fax: (847) 507-3180 | James A. Clark<br>Schiff Hardin LLP<br>6600 Sears Tower<br>Chicago, IL 60606<br>Tel: (312)258-5500<br>Fax (312)258-5600 |

by effectuating said service before the hour of 5:00 p.m. on March 11, 2008

/s/ Karen L. Voo
Karen L. Voo