## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6633 | **DATE** | 3/13/2008 |
| **CASE TITLE** | Labella Winnetka, Inc. vs. The Village of Winnetka, et al | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order granting Defendants' Motion to Dismiss [23]. Plaintiff is given 21 days to fie an amended complaint.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | KW |
|---|---|---|

Case 1:07-cv-06633　Document 49　Filed 03/13/2008　Page 1 of 1

07C6633 Labella Winnetka, Inc. vs. The Village of Winnetka, et al　　　　Page 1 of 1