**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Labella Winnetka, Inc.
                      Plaintiff,

v.                                          Case No.: 1:07−cv−06633
                                          Honorable Virginia M. Kendall

Village of Winnetka, The, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 13, 2008:

      MINUTE entry before Judge Virginia M. Kendall :Status hearing held. Plaintiff's Motion for Leave to File First Amended Complaint [43] is stricken without prejudice given the Court's ruling in the Memorandum Opinion and Order [50]. Plaintiff is given until 4/3/2008 to amend the complaint; Defendant to answer or otherwise plead by 5/2/2008. Status hearing set for 5/12/2008 at 9:00 AM. Plaintiff's Motions for Preliminary Injunction [45] and for Expedited Discovery [47] are entered and continued to 5/12/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.