IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABELLA WINNETKA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 C 6633 |
| THE VILLAGE OF WINNETKA and | ) | |
| DOUGLAS WILLIAMS, | ) | Judge Kendall |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE THEIR RESPONSIVE PLEADING TO PLAINTIFF'S AMENDED COMPLAINT**

| | | |
|---|---|---|
| Kathleen A. Reid | Katherine S. Janega | James A. Clark |
| Mulherin, Rehfeldt & | Village Attorney | Schiff Hardin LLP |
| Varchetto, P.C. | Village of Winnetka | 6600 Sears Tower |
| 211 S. Wheaton Avenue, | 510 Green Bay Road | Chicago, Illinois 60606 |
| Suite 200 | Winnetka, Illinois 60093 | Tel.: (312) 258-5500 |
| Wheaton, Illinois 60187 | Tel.: (847) 716-3544 | Fax: (312) 258-5600 |
| Tel.: (630) 653-9300 | Facsimile: (847) 501-3180 | jclark@schiffhardin.com |
| Facsimile: (630) 653-9316 | kjanega@winnetka.org | |
| kreid@mrvlaw.com | | |

Attorneys for Defendants
The Village of Winnetka and Douglas Williams

NOW COME the Defendants, THE VILLAGE OF WINNETKA (hereinafter referred to as "THE VILLAGE") and DOUGLAS WILLIAMS (hereinafter referred to as "WILLIAMS"), by and through their attorneys, and for Defendants' Motion for Enlargement of Time to File Their Responsive Pleading to Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 6(b)(1), state as follows:

1. On March 13, 2008, this Honorable Court granted the Plaintiff leave to file its Amended Complaint on or before April 3, 2008 and ordered the Defendants to answer or otherwise plead to the Plaintiff's Amended Complaint on or before May 2, 2008.

2. The Plaintiff filed its Amended Complaint on April 3, 2008.

3. The Defendants require an additional ten (10) days, namely up to and including May 12, 2008, to file their responsive pleading to Plaintiff's Amended Complaint.

4. The Defendants have been diligent in preparing their responsive pleading to the Plaintiff's Amended Complaint. However, in light of various personal and other issues, the Defendants will be unable to complete their responsive pleading to Plaintiff's Amended Complaint by the May 2, 2008 due date. Further, due to a death in the family of Attorney Katherine S. Janega, Ms. Janega was out of the office and unavailable for one week.

5. This is the Defendants' first extension request in this matter. All other prior pleadings and documents filed by the Defendants in this matter have been timely filed pursuant to order of the Court.

6. Further, counsel for the Defendants, Kathleen A. Reid, spoke with counsel for the Plaintiff, Lee T. Hettinger, on April 28, 2008, at which time Mr. Hettinger stated that the Plaintiff will not oppose the Defendants' Motion for Enlargement of Time to File Their Responsive Pleading to Plaintiff's Amended Complaint.

WHEREFORE, the Defendants, THE VILLAGE OF WINNETKA and DOUGLAS WILLIAMS, respectfully request that this Honorable Court grant the Defendants' Motion for

Enlargement of Time to File Their Responsive Pleading to Plaintiff's Amended Complaint for the reasons stated herein.

                                        Respectfully Submitted,

                                        _s/ Kathleen A. Reid_____
                                        Kathleen A. Reid, One of the Attorneys for
                                        Defendants, THE VILLAGE OF WINNETKA and DOUGLAS
                                        WILLIAMS

Kathleen A. Reid
Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Avenue, Suite 200
Wheaton, Illinois 60187
Tel.: (630) 653-9300
Facsimile: (630) 653-9316
kreid@mrvlaw.com

Katherine S. Janega
Village Attorney
Village of Winnetka
510 Green Bay Road
Winnetka, Illinois 60093
Tel.:  (847) 716-3544
Facsimile:  (847) 501-3180
kjanega@winnetka.org

James A. Clark
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
Tel.: (312) 258-5500
Fax: (312) 258-5600
jclark@schiffhardin.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 28, 2008, I electronically filed the foregoing Motion for with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Dean A. Dickie
**Dykema Gossett, PLLC**
10 South Wacker Drive
Suite 2300
Chicago, IL  60606
(312) 627-2149
Fax: (866) 546-9546
Email:  ddickie@dykema.com

Lee T. Hettinger
**Dykema Gossett, PLLC**
10 South Wacker Drive
Suite 2300
Chicago, IL  60606
(312) 876-1700
Email:  lhettinger@dykema.com

Sara C. Arroyo
**Dykema Gossett, PLLC**
10 South Wacker Drive
Suite 2300
Chicago, IL  60606
(312) 627-5600
Email:  sarroyo@dykema.com

                                    s/ Kathleen A. Reid