IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABELLA WINNETKA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 C 6633 |
| THE VILLAGE OF WINNETKA and | ) | |
| DOUGLAS WILLIAMS, | ) | Judge Kendall |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

## NOTICE OF MOTION

| | | |
|---|---|---|
| Dean A. Dickie | Lee T. Hettinger | Sara C. Arroyo |
| **Dykema Gossett, PLLC** | **Dykema Gossett, PLLC** | **Dykema Gossett, PLLC** |
| 10 South Wacker Drive | 10 South Wacker Drive | 10 South Wacker Drive |
| Suite 2300 | Suite 2300 | Suite 2300 |
| Chicago, IL  60606 | Chicago, IL  60606 | Chicago, IL  60606 |
| (312) 627-2149 | (312) 876-1700 | (312) 627-5600 |
| Fax: (866) 546-9546 | Email: | Email: |
| Email: | lhettinger@dykema.com | sarroyo@dykema.com |
| ddickie@dykema.com | | |

PLEASE TAKE NOTICE that on Thursday, May 1, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Virginia Kendall, the courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, Court 1719, or any judge sitting in her stead, and then and there present **Defendants' Motion for Enlargement of Time to File Their Responsive Pleading to Plaintiff's Amended Complaint,** a copy of which is attached hereto and herewith served upon you.

Dated: April 28, 2008

                        By: _s/ Kathleen A. Reid_____
                              Kathleen A. Reid, One of the Attorneys for
                              Defendants, THE VILLAGE OF WINNETKA and
                              DOUGLAS WILLIAMS

Kathleen A. Reid
Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Avenue, Suite 200
Wheaton, Illinois 60187
Tel.: (630) 653-9300
Facsimile: (630) 653-9316
kreid@mrvlaw.com

Katherine S. Janega
Village Attorney
Village of Winnetka
510 Green Bay Road
Winnetka, Illinois 60093
Tel.: (847) 716-3544
Facsimile: (847) 501-3180
kjanega@winnetka.org

James A. Clark
Schiff Hardin LLP
6600 Sears Tower
Chicago, Illinois 60606
Tel.: (312) 258-5500
Fax: (312) 258-5600
jclark@schiffhardin.com