IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LABELLA WINNETKA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 C 6633 |
| THE VILLAGE OF WINNETKA and | ) | |
| DOUGLAS WILLIAMS, | ) | Judge Kendall |
| | ) | Magistrate Judge Cole |
| Defendants. | ) | |

### DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants The Village of Winnetka and Douglas Williams respectfully move to dismiss with prejudice the Amended Complaint of Plaintiff LaBella Winnetka, Inc. In support of this Motion, Defendants submit their memorandum of law.

WHEREFORE, Defendants respectfully request that the Court grant their Motion and dismiss the Amended Complaint with prejudice.

Date: May 12, 2008

/s/ James A. Clark
One of the Attorneys for Defendants
The Village of Winnetka and Douglas Williams

| | | |
|---|---|---|
| Kathleen A. Reid | Katherine S. Janega | James A. Clark |
| Mulherin, Rehfeldt & Varchetto, P.C. | Village Attorney Village of Winnetka | Schiff Hardin LLP 6600 Sears Tower |
| 211 S. Wheaton Avenue | 510 Green Bay Road | Chicago, Illinois 60606 |
| Suite 200 | Winnetka, Illinois 60093 | Tel: (312) 258-5500 |
| Wheaton, Illinois 60187 | Tel: (847) 716-3544 | Fax: (312) 258-5600 |
| Tel: (630) 653-9300 | Fax: (847) 501-3180 | jclark@schiffhardin.com |
| Fax: (630) 653-9316 | kjanega@winnetka.org | |
| kreid@mrvlaw.com | | |

**CERTIFICATE OF SERVICE**

     I, James A. Clark, an attorney, certify that on Monday, May 12, 2008, a copy of the foregoing Defendants' Motion to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following:

Dean A. Dickie
**Dykema Gossett, PLLC**
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 627-2149
Fax: (866) 546-9546
Email: ddickie@dykema.com

Lee T. Hettinger
**Dykema Gossett, PLLC**
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 876-1700
Email: lhettinger@dykema.com

Sara C. Arroyo
**Dykema Gossett, PLLC**
10 South Wacker Drive
Suite 2300
Chicago, IL 60606
(312) 627-5600
Email: sarroyo@dykema.com

                                                /s/ James A. Clark