IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABELLA WINNETKA, INC., | |
| Plaintiff, | |
| vs. | Case No.:    07 CV 6633 |
| THE VILLAGE OF WINNETKA and DOUGLAS WILLIAMS, | Judge Kendall<br>Magistrate Judge Cole |
| Defendants. | |

## LABELLA WINNETKA, INC.'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff LaBella Winnetka, Inc. ("Plaintiff"), by and through its undersigned attorneys, moves pursuant to Fed. R. Civ. P. 6(b) for an enlargement of time for Plaintiff to respond to Defendants' Motion to Dismiss. In support of its motion, Plaintiff states the following:

1. On March 13, 2008, the Honorable Judge Kendall granted Defendants' Motion to Dismiss Plaintiff's Complaint, allowing the Plaintiff until April 3, 2008 to file an amended complaint and the Defendants until May 2, 2008 to answer or otherwise plead.

2. Plaintiff filed its Amended Complaint on April 3, 2008.

3. On April 28, 2008, Defendants filed their Motion to for Extension of Time to File a Responsive Pleading to Plaintiff's Amended Complaint.

4. On April 29, 2008, the Honorable Judge Kendall granted Defendants' Motion for Extension of Time to file a Responsive Pleading, allowing the Defendants an additional 10 days, to May 12, 2008, to file a responsive pleading to the amended complaint.

5. On May 12, 2008, Defendants filed their Motion to Dismiss the Amended Complaint and Memorandum in Support of their motion.

- 2 -

6.  Also on May 12, 2008, the parties appeared before this Court for status, at which Judge Kendall entered a briefing schedule on Defendants' motion. Under the Court's Order, the Plaintiff's response is currently due on May 27, 2008, and the Defendants' Reply is due May 30, 2008. The Court continued the matter for status hearing on June 26, 2008 at 9:00 a.m.

7.  Counsel for the Plaintiff requests an enlargement of time of three days, up to and including May 30, 2008, to respond to the Defendants' motion, given the recent holidays and staff availability.

8.  On May 27, 2008, counsel for the Plaintiff contacted lead counsel for the Defendants on two occasions to obtain an agreement to this extension. However, counsel for the Plaintiff had not received a response from counsel for the Defendants at the time of this filing. This is Plaintiff's second request for enlargement of time.

WHEREFORE, Plaintiff LaBella Winnetka, Inc. requests that this Court grant it an enlargement of time up to and including May 30, 2008, in which to file its Response to Defendants' Motion to Dismiss, and grant such further and additional relief as this Court deems just and appropriate.

Dated:  May 27, 2008

Respectfully submitted,

By:  /s/ Sara C. Arroyo
One of the Attorneys for Plaintiff
LaBella Winnetka, Inc.

Dean A. Dickie, ARDC No. 0631744
Lee T. Hettinger, ARDC No. 1206397
Sara C. Arroyo, ARDC No. 6288962
DYKEMA GOSSETT PLLC
10 South Wacker Drive
Suite 2300
Chicago, Illinois 60606
(312) 876-1700