# EXHIBIT 1

Winnetka Village Code

## Chapter 5.04

## LICENSES AND PERMITS GENERALLY

**Sections:**

| | |
|---|---|
| 5.04.010 | License and permit regulations. |
| 5.04.020 | Investigations. |
| 5.04.030 | Compliance with law. |
| 5.04.040 | Bonds. |
| 5.04.050 | Fees. |
| 5.04.060 | Expiration. |
| 5.04.070 | Notice to renew. |
| 5.04.080 | Transfer. |
| 5.04.090 | Changes of address. |
| 5.04.100 | Display of license. |
| 5.04.110 | Record of licenses, permits and fees. |
| 5.04.120 | Compliance with building ordinances. |
| 5.04.130 | Sanitary condition. |
| 5.04.140 | Revocation. |
| 5.04.150 | Appeals. |
| 5.04.160 | Operating without license or permit. |

**Section 5.04.010    License and permit regulations.**
A. Governing Regulations. Unless otherwise provided, this chapter governs all licenses and permits issued by the Village.

B. Applications. Applications for all licenses and permits shall be made in writing on forms to be provided by the Village, and shall be submitted to the Village Manager.

C. Renewal. A new application shall be necessary to renew any license at its expiration.

D. Issuance. Where a license or a permit is required by the Village, such license or permit shall be issued by the Village Manager, except where otherwise provided.

E. Forms. Forms of licenses and permits shall be prescribed by and provided by the Village Manager. (Prior code § 31.01)

**Section 5.04.020    Investigations.**
In case an investigation is required into the character of any applicant or into the premises to be used, the Village Manager shall cause such investigation to be made. (Prior code § 31.02)

**Section 5.04.030    Compliance with law.**
No license or permit shall be issued unless all legal conditions have been complied with. All licenses must be in compliance with all provisions of this code and must be exercised in conformity with all amendments of this code and other ordinances which may be subsequently passed. (Prior code § 31.03)

**Section 5.04.040    Bonds.**
If a bond is required for the issuance of any license or permit, the amount of such bond shall be

Winnetka Village Code

determined by the Village Manager with the approval of the Village Treasurer. Such bond must be a surety company bond to be approved by the Village Manager, and must be filed with the Village Manager before the license or permit is issued. (Prior code § 31.04)

**Section 5.04.050      Fees.**
A.   Payment. The fees required for licenses and permits shall be set from time to time by resolution of the Village Council and shall be paid at the time the application is made.

B.   Rebates. In no event shall any rebate or refund be made of any license fee or part of such license fee, by reason of the death of the licensee, or by reason of nonuse of the license, or by reason of a change of location or occupation of such licensee.

C.   Proration. In case application for any license for which the annual fee is ten dollars ($10.00) or more is made after the expiration of six months of the current license year, the license shall be issued upon the payment of one-half the annual fee. (Prior code § 31.05)

**Section 5.04.060      Expiration.**
All licenses shall expire on December 31st of the year issued unless otherwise specifically provided. (Prior code § 31.06)

**Section 5.04.070      Notice to renew.**
If a license extends beyond one month, it shall be the duty of the Village Manager, from ten (10) to twenty (20) days prior to the termination of the license period, to cause a written notice to be mailed to each licensee, except in the case of a dog or vehicle license, stating that a new license will be required on the day following the expiration of such existing license and stating also the amount of the license fee and the penalty for failure to procure a license. Failure on the part of the Village Manager to cause such notice to be mailed to any licensee shall not waive the requirement that a license be procured. (Prior code § 31.07)

**Section 5.04.080      Transfer.**
No license granted may be assigned or transferred, except as specifically provided, nor shall any such license authorize any person to do business or act under such license other than the person named in such license. (Prior code § 31.08)

**Section 5.04.090      Changes of address.**
If any person who carries on, engages in, or conducts, under a Village license, any business or occupation required to be licensed, which license designates a particular place in which such licensed business is to be carried on, engaged in or conducted, shall, before the expiration of such license, change the location of such place of business, he or she shall notify the Village Manager in writing of such fact, describing both the new and the old location, and no business shall be carried on, engaged in or conducted, under the authority of such license, at such new location until written notice of such change has been given as provided in this section. (Prior code § 31.09)

**Section 5.04.100      Display of license.**
Every license granted for the purpose of operating or conducting any business or occupation required to be licensed, which designates the particular room, store, office or place in which such business so licensed is to be conducted, shall be posted at all times in a conspicuous place so that the same may easily be seen, upon the wall of the principal room or office of the store or place in which such licensed business

Winnetka Village Code

or occupation is carried on. When such license shall have expired, it shall be removed from such place in which it has been posted and no license which is not in force and effect shall be permitted to remain posted upon the wall or upon any part of any room, store, office or place of business after the period of such license has expired. (Prior code § 31.10)

**Section 5.04.110    Record of licenses, permits and fees.**
The Village Manager shall cause to be kept a record showing every license and every permit issued, showing the amount of fee paid, the purpose for which such license or permit was issued, the location where the licensed or permitted privilege is to be exercised and the name of the licensee or person receiving the permit. (Prior code § 31.11)

**Section 5.04.120    Compliance with building ordinances.**
No licenses for carrying on any business or occupation shall be issued when it appears that the premises or building on or in which the business or occupation licensed is to be conducted does not comply with the provisions of Title 15 of this code. If the premises or business on or in which a licensed business or occupation is conducted is determined to be in violation of the provisions of Title 15 of this code, the Village Manager may suspend such license pending the making of repairs necessary to bring the building or premises into compliance with Title 15. The Village Manager may revoke such license in case of failure on the part of the owner or licensee to bring the building or premises into full compliance with Title 15. (Prior code § 31.12)

**Section 5.04.130    Sanitary condition.**
No license to conduct any business or occupation shall be issued when the premises or building on or in which the business or occupation licensed is to be conducted, is maintained or permitted to remain in such an unsanitary condition as to endanger health. (Prior code § 31.13)

**Section 5.04.140    Revocation.**
Any license or permit, except a permit for building construction, may be revoked by the officer authorized to issue such license or permit for any violation of the terms or conditions upon which such license or permit was issued, or upon the violation of any ordinance of the Village or state law relating to the subject matter of the license or permit. Such revocation may be in addition to any fine imposed for violation of any provision of this code or any ordinance of the Village. (Prior code § 31.14)

**Section 5.04.150    Appeals.**
The denial or revocation of any license or permit may be appealed to the Village Council by giving written notice of such appeal to the Village Council within thirty (30) days from the date that notice of denial or revocation was issued. Such appeal must be decided by the Village Council within thirty (30) days from the time the applicant files the notice of appeal. (Prior code § 31.15)

**Section 5.04.160    Operating without license or permit.**
It is unlawful to continue to operate any business, trade or occupation, or continue to exercise any privilege or authority granted by any license or permit issued by the Village, or any of its authorized officers or employees after the period has expired for which any such license or permit shall have been issued, or after any such license or permit shall have been revoked. (Prior code § 31.16)